# BLOCKCHAIN
## FORENSICS REPORT



**CoinStructive**™

### Doan, Luan
#### Case# 328

www.coinstructive.com    |    fraud@coinstructive.com



# Table of Contents

**The Victim:**                                                                 **2**

**Introduction:**                                                               **3**

**The Approach:**                                                               **3**

**Analysis:**                                                                   **4**

**ETH, USDT, USDC Transactions**                                               **4**

**Transaction Path #1 Subpoenable Entity Path**                                 **5**

**Transaction Path #2 Subpoenable Entity Path**                                 **7**

**Transaction Path #3 Subpoenable Entity Path**                                 **9**

**Transaction Path #4 Subpoenable Entity Path**                                 **13**

**Transaction Path #5 Subpoenable Entity Path**                                 **15**

**Transaction Path #6 Subpoenable Entity Path**                                 **16**

**Transaction Path #7 Subpoenable Entity Path**                                 **17**

**Transaction Path #8 Subpoenable Entity Path**                                 **18**

**Transaction Path #9 Subpoenable Entity Path**                                 **21**

**Transaction Path #10 Subpoenable Entity Path**                                **23**

**Transaction Path #11 Subpoenable Entity Path**                                **25**

**Transaction Path #12 Subpoenable Entity Path**                                **28**

**Transaction Path #13 Subpoenable Entity Path**                                **29**

**Transaction Path #14 Subpoenable Entity Path**                                **31**

**Transaction Path #15 Subpoenable Entity Path**                                **32**

**Transaction Path #16 Subpoenable Entity Path**                                **33**

**Transaction Path #17 Subpoenable Entity Path**                                **34**

**Transaction Path #18 Subpoenable Entity Path**                                **35**

**Transaction Path #19 Subpoenable Entity Path**                                **36**

**Transaction Path #20 Subpoenable Entity Path**                                **38**

**Transaction Path #21 Subpoenable Entity Path**                                **44**

**Transaction Path #22 Subpoenable Entity Path**                                **45**

**Transaction Path #23 Subpoenable Entity Path**                                **46**

**Transaction Path #24 Subpoenable Entity Path**                                **47**

**Transaction Path #25 Subpoenable Entity Path**                                **48**

**Transaction Path #26 Subpoenable Entity Path**                                **49**

**Transaction Path #27 Subpoenable Entity Path**                                **50**

**Transaction Path #28 Subpoenable Entity Path**                                **54**

**Transaction Path #29 Subpoenable Entity Path**                                **55**

**Transaction Path #30 Subpoenable Entity Path**                                **56**

**Transaction Path #31 Subpoenable Entity Path**                                **57**

**Transaction Path #32 Subpoenable Entity Path**                                **64**



**Transaction Path #33 Subpoenable Entity Path**     **65**

**Transaction Path #34 Subpoenable Entity Path**     **66**

**Transaction Path #35 Subpoenable Entity Path**     **67**

**Transaction Path #36 Subpoenable Entity Path**     **68**

**Transaction Path #37 Subpoenable Entity Path**     **69**

**Transaction Path #38 Subpoenable Entity Path**     **70**

**Transaction Path #39 Subpoenable Entity Path**     **71**

**Transaction Path #40 Subpoenable Entity Path**     **74**

**Transaction Path #41 Subpoenable Entity Path**     **78**

**Transaction Path #42 Subpoenable Entity Path**     **79**

**Conclusion:**     **89**

    Suspicious Address Table     89

    Exchange Address Table     91

**Tips for Investigators and Detectives:**     **94**

    AWKO Addendum     95

    Exchange: Gate.IO     95

    Exchange: OKX     123



## The Victim:

(Via email only)
Luan Doan
% Saul Ancona
Coin-Counsel
saul@coin-counsel.com
Brooklyn, NY
(917) 480-0005

# Introduction:

The victim contacted Coin-Counsel, a division of Franco Law PLLC requesting blockchain forensics and analysis be performed. Saul Ancona, an attorney with Franco Law, PLC contacted CoinStructive to help perform analysis and locate the funds that the victim sent to a fake exchange

## Fake Exchange Investigation:

Mr. Doan was defrauded by an individual whom he met online.  The first incident is reported as being October 1, 2024.  However, the data provided to CoinStructive shows only transactions between February 21, 20225 and April 14, 2025, Mr. Doan made approximately 42 transactions during that time period, sometimes several on the same day.  Most transactions were in ETH or USDT, however there was one USDC transaction.  Deposits were made using the victim's Crypto.com, Kraken and Bitstamp wallets. The total of the transactions we were requested to trace was $5,981,480.87 based on the spot value of the tokens on the date of loss.

# The Approach:

1.  Trace multiple Virtual Currency transactions to accounts held by the fake exchange
2.  Create a visual representation of the transactions we can trace
3.  Analyze the movement of multiple cryptocurrency types
4.  Determine a timeline of activity
5.  Attempt to identify additional cryptocurrency transactions or controlled wallets
6.  Identify subpoenable entities

Coinstructive uses the First In, First Out (FIFO) method of tracing tokens unless specific identification of tokens is possible.

Following the above approach, we were able to trace some of the funds to exchanges as follows (dollar amounts are based on the spot price on the date of loss for each transaction):



| Entity | USD Value | |
|--------|-----------|---|
| Gate.IO | $5,664,553.73 | USDT |
| OKX | $   271,630.22 | USDT |
| Total: | **$5,936,183.94** | USDT |

No funds were traced to private (dormant) wallets.

# Analysis:

We will start by reviewing transactions from the Victim to the Company in as close to chronological order as possible.

# ETH, USDT, USDC Transactions



# Transaction Path #1     Subpoenable Entity Path



Transaction date and time: **2025-02-21 2:41:11 AM**

**TXN ID #1** - from **Victim's Crypto.com Address #1** to **Suspect's Address #1**

0x4297002ddb51bc9081830062d8b77d2b8615fb8130599a66000f5f4fe5ce1d43

From **Victim's Crypto.com Address #1     Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #1**     Amount: **0.7011 ETH**
*0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179*

***Additional notes:*** Funds leave the victim's Crypto.com address and move into the suspect's address.

Transaction date and time: **2025-03-06 4:07:11 AM**

**TXN ID #1a** - from **Suspect's Address #1** to **Suspect's Gate.IO Address #1**

0xa3d932764bd7fd5419f96bdb70c03246584443d282881563b589a585a6579115

From **Suspect's Address #1**
*0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179*

To **Suspect's Gate.IO Address #1     Gate.IO**  Amount: **3.9000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-06 4:20:35 AM**

**TXN ID <span style="color:red">#1b</span>** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x268374e26edddcc40d45d2b7fe6dcff8914bebb1b714bdb0a4f8d11a3c649e76

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **3.9000 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #2        Subpoenable Entity Path



Transaction date and time: **2025-02-25 8:54:23 PM**

**TXN ID #2** - from **Victim's Crypto.com Address #1** to **Suspect's Address #2**

0x241e79dbef795d31ee383337381b6e856a32d4a5450db5ca85f60a0821b5644a

From **Victim's Crypto.com Address #1**    **Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #2**     Amount: **49,890.00 USDC**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

***Additional notes:*** Funds leave the victim's Crypto.com address and move into the suspect's address.


Transaction date and time: **2025-02-26 4:19:59 AM**

**TXN ID #2a** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**

0x62a543f7eca766abc9ec6c4c8f0cad2b8b86e9c843366dd9939a5dd63b79db1c

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1**    **Gate.IO**   Amount: **49,890.00 USDC**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address


Transaction date and time: **2025-02-26 6:22:59 AM**



**TXN ID #2b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x8917a913642fcd3ab5ce260101b68a1417558ecdacdbef33acc9574f06e4b199

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **49,890.00 USDC**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #3     Subpoenable Entity Path



Transaction date and time: **2025-02-26 9:04:35 PM**

**TXN ID #3** - from **Victim's Bitstamp Address #1** to **Suspect's Address #2**
[0x0a47270740efea8724cc8d5eb8839356bab72690a64aaaa345fdab1250897d7d](#)

From **Victim's Bitstamp Address #1     Bitstamp**
*0xb6928299bb62226e6ad3c2dc22e490cdb2033b68*

To **Suspect's Address #2**     Amount: **128.3373 ETH**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

***Additional notes:*** Funds leave the victim's Bitstamp address and move into the suspect's address.

Transaction date and time: **2025-02-26 9:11:11 PM**

**TXN ID #3a** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**
[0xf03b6f6911db110d35962a2505d92a132fce115c6f464657757eb3e0d4fe0b5c](#)

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1     Gate.IO**   Amount: **20.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address



Transaction date and time: **2025-02-26 9:12:35 PM**

# TXN ID #3a1 - from Suspect's Address #2 to Suspect's OKX Address #1

0xd26527c3fbee74b8d9dad0ee50799fa3e1c742c94b9b2c5884f1e4c213d467ba

From **Suspect's Address #2**

*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's OKX Address #1     OKX**   Amount: **20.0000 ETH**

*0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe*

***Additional notes:*** OKX Deposit Wallet Address

Transaction date and time: **2025-02-26 9:26:35 PM**

# TXN ID #3a1.1 - from Suspect's OKX Address #1 to OKX Hot Wallet Address #1

0xe89f28939b4f8413779817d441f37d4903ea5367ffe9a352cc46ff5f1f6cec23

From **Suspect's OKX Address #1     OKX**

*0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe*

To **OKX Hot Wallet Address #1     OKX**   Amount: **20.0003 ETH**

*0xa7efae728d2936e78bda97dc267687568dd593f3*

***Additional notes:*** OKX Hot Wallet. Path ends.

---

Transaction date and time: **2025-02-26 9:15:35 PM**

# TXN ID #3a2 - from Suspect's Address #2 to Suspect's Gate.IO Address #1

0x0c461ce074e662192592cf5d9792dc9baf9437166268543cc4282b6c2d8bc026

From **Suspect's Address #2**

*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1     Gate.IO**   Amount: **20.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address

Transaction date and time: **2025-02-26 9:20:47 PM**

# TXN ID #3a2.1 - from Suspect's Gate.IO Address #1 to Gate.IO Hot Wallet Address #1

0x5c933fccf0bb6f12c978b9bee5262862e176380fd72aa42b625bc255c25bc566

From **Suspect's Gate.IO Address #1     Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*



To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **40.0026 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-02-26 9:20:11 PM**
**TXN ID #3a3** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**

0x52d797d73087f151907faf6bb533278e3d73b321ae62f39b26ada5a2af7337e7

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **20.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address

Transaction date and time: **2025-02-26 9:24:47 PM**
**TXN ID #3a4** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**

0x5d64b5c936ef525f4788d9d6267966fc916ca3bff8acbc144c4a44cdc5d50a1b

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **20.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address

Transaction date and time: **2025-02-26 9:30:23 PM**
**TXN ID #3a5** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**

0x5bf19f57a5591ab7908985ac6c4de86e94e08ab38bf4d190cc09e299e2a1ca6c

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **20.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address



Transaction date and time: **2025-02-26 9:36:23 PM**

**TXN ID #3a6** - from **Suspect's Address #2** to **Suspect's Gate.IO Address #1**

0xfb43e576c175a19d8539ab9a754775972e967ea90b46ce7b8b3dbd989713a899

From **Suspect's Address #2**
*0xcaf7df87d6508f48875eb3f172138521804ce878*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **8.3369 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address


Transaction date and time: **2025-02-26 9:40:35 PM**

**TXN ID #3a6.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x904a26330af8698837b4d2ef06c13343313aa5b76fa56bbfb9f2e4ff4764bea2

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **68.3369 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



# Transaction Path #4          Subpoenable Entity Path



Transaction date and time: **2025-03-07 11:53:47 PM**

**TXN ID #4** - from **Victim's Crypto.com Address #1** to **Suspect's Address #3**

[0xe5d57912aa254919d229c7e0b6d33445629d74d788d4677dcfa827be0a7ebbef](#)

From **Victim's Crypto.com Address #1**    **Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #3**    Amount: **0.9149 ETH**
*0x9834a70873a246c0b651c527Ac628eD6BA1A4130*

***Additional notes:*** Funds leave the victim's Crypto.com address and move into the suspect's address.


Transaction date and time: **2025-03-08 1:29:47 PM**

**TXN ID #4a** - from **Suspect's Address #3** to **Suspect's Gate.IO Address #1**

[0xa9083b3fa3b830888996877c9198de74f25a125adc8a8c129aa86818ac43fb7a](#)

From **Suspect's Address #3**
*0x9834a70873a246c0b651c527Ac628eD6BA1A4130*

To **Suspect's Gate.IO Address #1**    **Gate.IO**   Amount: **10.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address. Includes tokens from Transactions 5, 6 and 7



Transaction date and time: **2025-03-08 1:40:35 PM**

**TXN ID #4b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xa72565eb6a7fe85116252449c30f2c6e356626ca87d5d0bab5b7d5bec42e2572

From **Suspect's Gate.IO Address #1   Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1   Gate.IO**   Amount: **10.0030 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #5          Subpoenable Entity Path



Transaction date and time: **2025-03-08 6:30:35 AM**

**TXN ID #5** - from Victim's Crypto.com Address #1 to Suspect's Address #3

    0x5944be83dd88e6b17354db30278119004551c7fecb264795e4ba95f8d9e31bec

From **Victim's Crypto.com Address #1**   **Crypto.com**
    *0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #3**    Amount: **2.3034 ETH**
    *0x9834a70873a246c0b651c527Ac628eD6BA1A4130*

***Additional notes:*** Transaction merges with Transaction 4 at 4a. Path ends.



# Transaction Path #6        Subpoenable Entity Path



Transaction date and time: **2025-03-08 6:56:23 AM**

**TXN ID #6** - from **Victim's Crypto.com Address #1** to **Suspect's Address #3**

0xbeddf6bc4f95e046376d0db01a9cd72b46aab5005111fc209fd82c9a75a940be

From **Victim's Crypto.com Address #1    Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #3**    Amount: **2.3103 ETH**
*0x9834a70873a246c0b651c527Ac628eD6BA1A4130*

***Additional notes:*** Transaction merges with Transaction 4 at 4a. Path ends.



# Transaction Path #7        Subpoenable Entity Path



Transaction date and time: **2025-03-08 7:16:59 AM**

**TXN ID #7** - from **Victim's Crypto.com Address #1** to **Suspect's Address #3**

0xe1be93d00037890df6144beb75714dc487fad402802bc61feb13123b8584139c

From **Victim's Crypto.com Address #1    Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #3**    Amount: **2.3038 ETH**
*0x9834a70873a246c0b651c527Ac628eD6BA1A4130*

***Additional notes:*** Transaction merges with Transaction 4 at 4a. Path ends.



# Transaction Path #8        Subpoenable Entity Path



Transaction date and time: **2025-03-12 10:42:47 PM**

**TXN ID #8** - from **Victim's Kraken Address #1** to **Suspect's Address #4**

[0x77c278a0258136e9a0f16a48d69e0d43a6ada6dd262c285118b613dca8fd2dba](#)

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #4**    Amount: **99.3196 ETH**

*0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-03-12 11:10:59 PM**

**TXN ID #8a** - from **Suspect's Address #4** to **Suspect's Gate.IO Address #1**

[0x39cc26fd905a54fdcb4643e6d03026342a6bea2a7bbea74f5cbfb1eecb034ccf](#)

From **Suspect's Address #4**

*0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-12 11:16:23 PM**

**TXN ID #8b** - from **Suspect's Address #4** to **Suspect's Gate.IO Address #1**

[0x2e81f1ffca5be445f5a517763182953056ad30be8156d272de163aafb4a8ba21](#)

From **Suspect's Address #4**

*0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-12 11:20:35 PM**

**TXN ID #8b.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xe1b2cb754796782b3c1db0e6ec28c849027b7c1424e57a7055c36f3df9b1b589](#)

From **Suspect's Gate.IO Address #1**   **Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **60.0025 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-03-12 11:25:35 PM**

**TXN ID #8c** - from **Suspect's Address #4** to **Suspect's Gate.IO Address #1**

[0xab2b0bf0d3f3d84d76d47574d9cd778d775486735a8cd801a1ee5a70683a3302](#)

From **Suspect's Address #4**

*0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **39.4796 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-12 11:40:35 PM**

**TXN ID #8c.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x743d07672038a9ecb86176b95da5301826579e0311a0063ae5e1b4de3ed0b66b

From **Suspect's Gate.IO Address #1     Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1     Gate.IO**   Amount: **39.4796 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #9    Subpoenable Entity Path



Transaction date and time: **2025-03-12 11:37:11 PM**

**TXN ID #9** - from **Victim's Crypto.com Address #1** to **Suspect's Address #5**

[0x36a45d7fd73dd497ec63fb2c115d6b22f8fe1b8ef06fd4b7ec0de641ebc0928c](#)

From **Victim's Crypto.com Address #1    Crypto.com**
*0x46340b20830761efd32832A74d7169B29FEB9758*

To **Suspect's Address #5**    Amount: **5.5514 ETH**
*0xddb2e3bc1b8967a20240c1761314fcb5866c3c21*

***Additional notes:*** Funds leave the victim's Crypto.com address and move into the suspect's address.


Transaction date and time: **2025-03-12 11:54:23 PM**

**TXN ID #9a** - from **Suspect's Address #5** to **Suspect's Gate.IO Address #1**

[0xdabbf5954bde68495b87db08cfb5f3b2d18f112e3533b24d4dcf70fbd7b6982c](#)

From **Suspect's Address #5**
*0xddb2e3bc1b8967a20240c1761314fcb5866c3c21*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **5.5514 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address



Transaction date and time: **2025-03-13 12:00:35 AM**

**TXN ID** **#9b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

<u>0xdee9ec5785102f0010cb440da8b833064c0b72e7f799c54e434d21dd0a04dd63</u>

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **5.5514 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #10    Subpoenable Entity Path



Transaction date and time: **2025-03-18 6:22:11 PM**

**TXN ID #10** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

[0xdbdfa2ef786e76a4e9a4d2559a63a56be6273417291a7bbc67ab2e46a206d99c](#)

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **52.0882 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.


Transaction date and time: **2025-03-18 6:33:11 PM**

**TXN ID #10a** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0xb2f4975f0001a295aef520f518e8d36873711b5ca4f969e255543e776e99ca35](#)

From **Suspect's Address #6**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **20.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-18 6:38:11 PM**
**TXN ID #10a1** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

0x7ae4d01d4ac0b66eaf0a4d3ebc76acf4cb3b3c9a94a01a8286342db1ae3f2e2e

From **Suspect's Address #6**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **32.0882 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-18 6:40:35 PM**
**TXN ID #10b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xf29b7759e3776e8e168df7d15fd673b9e3428e7d834e22a275edadafcf5c8fa2

From **Suspect's Gate.IO Address #1**   **Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **52.0912 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



# Transaction Path #11      Subpoenable Entity Path



Transaction date and time: **2025-03-20 5:53:23 PM**

**TXN ID #11** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

[0x125ef5b69d2173c150a762406e16d44a0b0c4d93c39b3a8f5aadbc43226fdf2e](#)

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **2.5385 ETH**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.


Transaction date and time: **2025-03-20 6:23:35 PM**

**TXN ID #11a** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0x4900311f3495c73e2e7c57855d109523af75a77902a28dc3418e01168ced121b](#)

From **Suspect's Address #6**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**    Amount: **12.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-20 6:40:47 PM**

**TXN ID #11a.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xa51bc6f9d234d500bf6937b13db6e6e01223817925bc689c41717b78b7d348ca](#)

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **12.0029 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

---

Transaction date and time: **2025-03-20 6:56:35 PM**

**TXN ID #11b** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0x288a0aa3b6d13ea9a9d4d3862b24e244db0bf68d25a55ece13046a99c0349a8f](#)

From **Suspect's Address #6**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **41.9000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

---

Transaction date and time: **2025-03-20 7:00:47 PM**

**TXN ID #11b.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xb3b0f1b3eb05eec4f0a6b692993cf649fdab1c7bf31023d5a342029f61ee9139](#)

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **82.4717 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---



Transaction date and time: **2025-03-20 7:12:11 PM**

**TXN ID #11c** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0xedeb61867a570f311cac28d1d2c0c866aa66d53c93505278ddce3a975d0de306](#)

From **Suspect's Address #6**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-20 7:20:35 PM**

**TXN ID #11c.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0x6f6d5ee858c5793a8a998aedc5aeb6ac62e446a73af3bdf8af8d63e61b9dc632](#)

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **50.0000 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



# Transaction Path #12     Subpoenable Entity Path



Transaction date and time: **2025-03-20 6:12:35 PM**

**TXN ID #12** - from **Victim's Kraken Address #1** to **Suspect's Address #6**
[0xdc4f0716b71b1b7f5db6e4eafe7c2ce1062b1e38a3aa5f22e20c32c339b8ffc8](#)

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **10.1592 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Merges with Transaction 11 at 11a. Path ends.



# Transaction Path #13    Subpoenable Entity Path



Transaction date and time: **2025-03-20 6:30:59 PM**

**TXN ID #13** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

[0x9992c4ed508698c5eba6f159159e7ba07c5cda17770a752f4344ff76fd122f12](#)

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **15.2266 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.  Branches as  13a and 11b.

Transaction date and time: **2025-03-20 6:47:11 PM**

**TXN ID #13a** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0xbe2b3a1d0b3aba04a3d5a79292fd06403cb4db62cfde3c8f5075802a42c65d3f](#)

From **Suspect's Address #6**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **15.2265 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address. Merges with Transaction 11 at 11a1.1. Path ends.



Transaction date and time: **2025-03-20 7:00:47 PM**

**TXN ID #11b.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xb3b0f1b3eb05eec4f0a6b692993cf649fdab1c7bf31023d5a342029f61ee9139

From **Suspect's Gate.IO Address #1　Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1　Gate.IO**　Amount: **82.4717 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

---

[Intentionally left blank]



# Transaction Path #14    Subpoenable Entity Path



Transaction date and time: **2025-03-20 6:42:59 PM**

**TXN ID #14** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

[0x6e628045b6e82bfaf9918f9077f234a66897faed330eccc2448bd41a0374d473](#)

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **25.3453 ETH**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-03-20 6:47:35 PM**

**TXN ID #14a** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**

[0x67138c556e727861ce8b7e87e0df00fe4e20771eb079575bd9843a509d930898](#)

From **Suspect's Address #6**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**    Amount: **25.3452 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address. Merges with Transaction 11 at 11a1.1. Path ends.



# Transaction Path #15    Subpoenable Entity Path



Transaction date and time: **2025-03-20 6:45:47 PM**

**TXN ID #15** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

0xe116b67ed9418f31d3d680046161ccd8a686317a188196f2efdac87b88992e96

From **Victim's Kraken Address #1**    **Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **16.2246 ETH**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Merges with Transaction 11 at 11a. Path ends.



# Transaction Path #16     Subpoenable Entity Path



Transaction date and time: **2025-03-20 6:52:35 PM**

**TXN ID #16** - from Victim's Kraken Address #1 to Suspect's Address #6

0xc00c0a83512d04cd6283fd040c2d04089d44096e8273558e355740dbeeb51ee3

From Victim's Kraken Address #1     Kraken

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To Suspect's Address #6     Amount: **25.0000 ETH**

*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Merges with Transaction 11 at 11a. Path ends.



# Transaction Path #17    Subpoenable Entity Path



Transaction date and time: **2025-03-20 7:02:11 PM**

**TXN ID #17** - from **Victim's Kraken Address #1** to **Suspect's Address #6**

[0x3985262ca4dd2bc48004b3bc9245cf4e89af59ff81ec5b56960f7514d64a89b7](0x3985262ca4dd2bc48004b3bc9245cf4e89af59ff81ec5b56960f7514d64a89b7)

From **Victim's Kraken Address #1**   **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**   Amount: **25.0000 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Merges with Transaction 11 at 11b. Path ends.



# Transaction Path #18    Subpoenable Entity Path



Transaction date and time: **2025-03-20 7:10:11 PM**

**TXN ID #18** - from **Victim's Kraken Address #1** to **Suspect's Address #6**
0x8ba9499a88b5c40f13a3af262b51b1d4a4850cfedac3b4b84723a9b73f4827c3

From **Victim's Kraken Address #1**    Kraken
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **25.0000 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Merges with Transaction 11 at 11b. Path ends.



# Transaction Path #19    Subpoenable Entity Path



Transaction date and time: **2025-03-20 7:21:11 PM**

**TXN ID #19** - from **Victim's Kraken Address #1** to **Suspect's Address #6**
[0x0c68abcf6201cc014b3ee8fc0ab30bbd38f6c02a309a1cae1b944b79282ac117](#)

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #6**    Amount: **23.0000 ETH**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-03-20 7:33:59 PM**

**TXN ID #19a** - from **Suspect's Address #6** to **Suspect's Gate.IO Address #1**
[0x676cba50235e88abab1c5be26d5621e7c597804d1a20abe371fd77df26f9e913](#)

From **Suspect's Address #6**
*0xfbb874dca40fb1dc78876822d98ee8b847534e78*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **23.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-20 7:40:47 PM**

**TXN ID #19b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x5b9ab1193939505da02bb3d11df8601f81c6425fe30cecabcceb08aad06ef0f1a

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **23.0000 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

[Intentionally left blank]



# Transaction Path #20    Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:14:47 PM**

## TXN ID #20 - from Victim's Kraken Address #1 to Suspect's Address #7

[0x16ceac9cf7f63d91f22f3631cb08ebed666648d364d3cc5ac33bfd01562eee1a](#)

From Victim's Kraken Address #1    Kraken

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To Suspect's Address #7    Amount: **48.4497 ETH**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address. Branches as 20a, 20b, 20c, 20d, 20e, 20f, 20g, 20h, 20i, 20j, 20k.


Transaction date and time: **2025-03-25 6:16:23 PM**

## TXN ID #20a - from Suspect's Address #7 to Suspect's Gate.IO Address #1

[0x8e14dca6c59c7b9e9b891e6a6eb363723fda79f67867779f4412b1292e9361d8](#)

From Suspect's Address #7

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To Suspect's Gate.IO Address #1    Gate.IO    Amount: **20.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address. Continues as  20a.1



Transaction date and time: **2025-03-25 6:20:59 PM**

**TXN ID #20a.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xa65b6fc276c63e727cdca9990b7cf389cc4724eae62c74f485e009fc5781c18f

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **20.0029 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-03-25 6:20:59 PM**

**TXN ID #20b** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**

0x3f052e92ebb64d8f19693c0274f906482eea979181478936732f8e287689a858

From **Suspect's Address #7**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-03-25 6:30:11 PM**

**TXN ID #20c** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**

0x7006b8889f3044ff93ce8bc7a1b9c16658e947d1c6eef12e42df15a8d1677550

From **Suspect's Address #7**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-25 6:39:59 PM**

**TXN ID #20d** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**

[0xf71311593044098cdb382b2e4b0ea42409229bf0fd5b41332dcf2e9a371eda0](#)

From **Suspect's Address #7**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 6:40:59 PM**

**TXN ID #20d.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xcd0667bf2c73b24ee24c48ab1e073329c2cb3cfcd5cd8e82522815154738d94e](#)

From **Suspect's Gate.IO Address #1**    **Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**    **Gate.IO**    Amount: **90.0000 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-03-25 6:43:59 PM**

**TXN ID #20e** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**

[0x128f382c4527a0e431a0327d7d42d2436b12f0e1b355e933e485319c8a1ff6cc](#)

From **Suspect's Address #7**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-25 6:49:59 PM**

## TXN ID #20f - from Suspect's Address #7 to Suspect's Gate.IO Address #1

0x4258f87e446dc2f21f03f1a511341f7e42128acc67fafae6fd1407cf2bab3f21

From **Suspect's Address #7**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 6:54:11 PM**

## TXN ID #20g - from Suspect's Address #7 to Suspect's Gate.IO Address #1

0x976ab564dff43fbf8dcfc4ff66b477d45dfc8a155df1209e0d35b238a28d1436

From **Suspect's Address #7**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 7:00:59 PM**

## TXN ID #20g.1 - from Suspect's Gate.IO Address #1 to Gate.IO Hot Wallet Address #1

0x137e5b14797dc086a1bbd598c3c8feeba208b34ef2801528f4cc49b209d2e0fc

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **90.0000 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-03-25 7:00:47 PM**

## TXN ID #20h - from Suspect's Address #7 to Suspect's Gate.IO Address #1

0xefdcec4a0f604da6d76f765864127b072c7fb405a23de6c08fae7095e5f213fa

From **Suspect's Address #7**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*



To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 7:05:35 PM**
**TXN ID #20i** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**
0x161915637bdd6614a04ae808705fed9e292739ceb63dee123021b4c9d630b072

From **Suspect's Address #7**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 7:11:23 PM**
**TXN ID #20j** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**
0x8245f6bd66826ff61f079a4c66e392b059b0e8f6578eeb9749dafd8131da7064

From **Suspect's Address #7**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **30.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-03-25 7:16:35 PM**
**TXN ID #20k** - from **Suspect's Address #7** to **Suspect's Gate.IO Address #1**
0xdc6c2341ddc272f6a8afcea6fc1c45d3c12c429e1a8f5bf9b6fa20a34d07a7e4

From **Suspect's Address #7**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **40.9602 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-25 7:20:47 PM**

**TXN ID #20k.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xddae85420b6bf7881ae4d6c74514ad21c5b36c2c9728a84dca200f9c7b3bdadc

From **Suspect's Gate.IO Address #1     Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1     Gate.IO**   Amount: **130.9601 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

[Intentionally left blank]



# Transaction Path #21     Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:26:47 PM**

**TXN ID #21** - from **Victim's Kraken Address #1** to **Suspect's Address #7**

[0x645dd99fb4644f6f20855506100e2fc182eea9e6d405eaeab908f8155a06eee9](#)

From **Victim's Kraken Address #1     Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**     Amount: **48.0000 ETH**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #22    Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:28:23 PM**

**TXN ID #22** - from **Victim's Kraken Address #1** to **Suspect's Address #7**
<u>0x47c474494d0e0e73d9028bde2c1662d80711e4f25254a29e5a432f42689b2059</u>

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**    Amount: **49.0000 ETH**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #23    Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:30:23 PM**

**TXN ID #23** - from **Victim's Kraken Address #1** to **Suspect's Address #7**

[0x46d4722d8444b9ee88042f930588c5292ca833b58390b58fdb13fdd791492047](#)

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**    Amount: **48.4000 ETH**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #24    Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:31:59 PM**

**TXN ID #24** - from **Victim's Kraken Address #1** to **Suspect's Address #7**
0x748343d089109920dbdfd4a5a48e7f96e084f0b0bd25f8a95c120b6e46cf7af8

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**    Amount: **47.2300 ETH**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #25　　Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:31:59 PM**

**TXN ID #25** - from **Victim's Kraken Address #1** to **Suspect's Address #7**

[0xb59447998efb23513629059aba40beeee728e7bdf7ba7ad7acb22c1989e01b59](#)

From **Victim's Kraken Address #1**　**Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**　　Amount: **48.4000 ETH**

*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #26    Subpoenable Entity Path



Transaction date and time: **2025-03-25 5:48:35 PM**

**TXN ID #26** - from **Victim's Kraken Address #1** to **Suspect's Address #7**
0xdab538c06944538662c8d55969d299b52539c86ddaea23402c91c6c3a26c54f5

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #7**    Amount: **41.4806 ETH**
*0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*

***Additional notes:*** Merges with Transaction 20 at 20a. Path ends.



# Transaction Path #27    Subpoenable Entity Path



Transaction date and time: **2025-03-27 4:01:11 PM**

**TXN ID #27** - from **Victim's Kraken Address #1** to **Suspect's Address #8**

0xdc246a709b385a72a448170a87c8882c4f374a69c46aaacb303c521450365861

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #8**    Amount: **49.9000 ETH**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-03-27 4:05:47 PM**

**TXN ID #27a** - from **Suspect's Address #8** to **Suspect's OKX Address #2**

0x2b4404e1d25b9c3bb460d345a56f84c3232726b0968f4b868331696a83522531

From **Suspect's Address #8**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

To **Suspect's OKX Address #2    OKX**    Amount: **30.0000 ETH**

*0x3ec8ab0f225061fc963d4759fec5d5232ea049d3*

***Additional notes:*** OKX Deposit Wallet Address. Continues as  27a.1



Transaction date and time: **2025-03-27 4:09:47 PM**

## TXN ID #27a.1 - from Suspect's OKX Address #2 to OKX Hot Wallet Address #2

<u>0x10029aa08af25404b8f8f7d8c54cb00b0a117ed8486f155dcce94949929ab013</u>

From **Suspect's OKX Address #2    OKX**

*0x3ec8ab0f225061fc963d4759fec5d5232ea049d3*

To **OKX Hot Wallet Address #2    OKX**    Amount: **29.9999 ETH**

*0xa9ac43f5b5e38155a288d1a01d2cbc4478e14573*

***Additional notes:*** OKX Hot Wallet. Path ends.

---

Transaction date and time: **2025-03-27 4:19:47 PM**

## TXN ID #27b - from Suspect's Address #8 to Suspect's Gate.IO Address #1

<u>0x07fcd7a9b4e1aadfbef0c92011a31e93e1b4fe2abc6209474911d3e69cb46639</u>

From **Suspect's Address #8**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

To **Suspect's Gate.IO Address #1    Gate.IO**    Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

---

Transaction date and time: **2025-03-27 4:20:59 PM**

## TXN ID #27b.1 - from Suspect's Gate.IO Address #1 to Gate.IO Hot Wallet Address #1

<u>0xa18505110c75f7ada2cffea6863f48e69d7974a4afd17c4bd0defec41be0edfd</u>

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**    Amount: **29.9999 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

---



Transaction date and time: **2025-03-27 4:42:59 PM**

**TXN ID #27c** - from **Suspect's Address #8** to **Suspect's OKX Address #3**

0xf89081bd971c96e8fc2be68deea7b40b2449d126ab75b9ca94b716323625de53

From **Suspect's Address #8**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

To **Suspect's OKX Address #3    OKX**  Amount: **30.0000 ETH**

*0xac51ffa7048190233dafc13ea5f6ff97205fccd1*

*Additional notes:* OKX Deposit Wallet Address.


Transaction date and time: **2025-03-27 4:46:47 PM**

**TXN ID #27c.1** - from **Suspect's OKX Address #3** to **OKX Hot Wallet Address #2**

0x6dff93d718c2e42a99dd086e9188a6ff77bcb29d5db624929502892361ebb2e8

From **Suspect's OKX Address #3    OKX**

*0xac51ffa7048190233dafc13ea5f6ff97205fccd1*

To **OKX Hot Wallet Address #2    OKX**  Amount: **29.9999 ETH**

*0xa9ac43f5b5e38155a288d1a01d2cbc4478e14573*

*Additional notes:* OKX Hot Wallet Address. Path ends.


Transaction date and time: **2025-03-27 5:12:59 PM**

**TXN ID #27d** - from **Suspect's Address #8** to **Suspect's Gate.IO Address #1**

0xebcd9b0d6f5e0f46a24ea17c0122bcb1484b34b412902e364f5430bf52247209

From **Suspect's Address #8**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **30.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

*Additional notes:* Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-03-27 5:21:47 PM**

**TXN ID #27e** - from **Suspect's Address #8** to **Suspect's Gate.IO Address #1**

0xa90802bd0513f38d20d07325ee811f91c7934af78a488c63afadc3eee20d8660

From **Suspect's Address #8**

*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **36.0088 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address. Continues as 27e.1


Transaction date and time: **2025-03-27 5:40:59 PM**

**TXN ID #27e.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xa35f12489aadbeb613a7b3bb17196eec1a40664e2a4b787696682299be50e4c2

From **Suspect's Gate.IO Address #1    Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **66.0117 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



# Transaction Path #28    Subpoenable Entity Path



Transaction date and time: **2025-03-27 4:01:11 PM**

**TXN ID #28** - from **Victim's Kraken Address #1** to **Suspect's Address #8**

0x906f1d4429c37118ab3a5c6f968c089860c0e85b4a7dd48044e3f9c10db9a4c9

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #8**    Amount: **56.9043 ETH**
*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

***Additional notes:*** Merges with transaction 27 at 27a. Path ends.



# Transaction Path #29    Subpoenable Entity Path



Transaction date and time: **2025-03-27 4:11:11 PM**

**TXN ID #29** - from **Victim's Kraken Address #1** to **Suspect's Address #8**
0xd29b1011aa2931566059929366bcd3dca7f5c0f5b82ff5c445ec1b0cc48c750a

From **Victim's Kraken Address #1    Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #8**    Amount: **49.2046 ETH**
*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

***Additional notes:*** Merges with transaction 27 at 27a. Path ends.



# Transaction Path #30    Subpoenable Entity Path



Transaction date and time: **2025-03-27 6:00:59 PM**

**TXN ID #30** - from **Victim's Kraken Address #1** to **Suspect's Address #8**
0xfd3abb56e5efee5ec4f82e46d1f640e597f498738992a5f1ba5cc54b9845057b

From **Victim's Kraken Address #1**   **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #8**     Amount: **0.7495 ETH**
*0xa3d82145189e720d142a6cc5964d69AC7C662b0A*

***Additional notes:*** Merges with transaction 27 at 27a. Path ends.

# Transaction Path #31    Subpoenable Entity Path



Transaction date and time: **2025-04-01 4:14:47 PM**

**TXN ID #31** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

[0x04793b12347f15fa07b26728624ae85e89404f47966f8059b87767fb4160fcb6](#)

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**    Amount: **156.3777 ETH**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.


Transaction date and time: **2025-04-01 4:27:35 PM**

**TXN ID #31a** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

[0x8206c2521f3b4a39b10d3a104410b23a9f67ef264c10e9acabb4161a5e69648f](#)

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-01 4:33:11 PM**

**TXN ID #31b** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x719e4d2630a5b72b037defab3eb3844672f742d1497b71ce3694ad4b484a8661

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-01 4:37:47 PM**

**TXN ID #31c** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0xe1ef9af52342d0e4d0d775ded867a6ada6a527bf92904a1133a1f1bc0d9e7d6d

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-01 4:40:59 PM**

**TXN ID #31c.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xa5085b8dba0fe3b1ee53dbccd7504880f99933b9303328cdf761cc35ad85bed3

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **149.9999 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---



Transaction date and time: **2025-04-01 4:41:59 PM**

**TXN ID #31d** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x304da7fdaccbc28beb2b932f4927828e8b8343b0b73199a9657ade2438adb5da

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-01 4:46:11 PM**

**TXN ID #31e** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x45858ee27c452de784e3f6f595e2b45167c70d3cb2a8cddf89562d0cf3af3c38

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-01 4:49:35 PM**

**TXN ID #31f** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x958680530d0775749b7c10800991ea475da5dd0c92c1909d36d9562ce8f0cbdf

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-01 4:53:47 PM**

**TXN ID #31g** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x539ee86ce4994210b03f987f31b926b8e98f81c3c34545d6ce6f0d6e44954702

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-01 4:57:35 PM**

**TXN ID #31h** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x49f8be3a594753e478e5eeb77790576721a85f64d140e007eccc00e6c2401d54

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **62.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-01 5:00:59 PM**

**TXN ID #31h.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xdf37b09a73aff7d03905071d8d02504472e97453f823a189b4f42174b26d9446

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **261.9999 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



Transaction date and time: **2025-04-04 5:59:23 PM**

**TXN ID #31i** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x3e50ff6d58b9d290df0c657e05e2852bf63aad67df8a3ed7f468e8126cd4ef88

From **Suspect's Address #9**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **44.6000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

*Additional notes:* Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-04 6:00:59 PM**

**TXN ID #31i.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xd136b9101b5b8f260fdd2f3c6119898cc2b826c6797103f8e72d765e0e797f57

From **Suspect's Gate.IO Address #1**    **Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**    **Gate.IO**    Amount: **44.6000 ETH**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

*Additional notes:* Gate.IO Hot Wallet Address. Path ends.


Transaction date and time: **2025-04-04 5:25:35 PM**

**TXN ID #31j** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x29d6970cdd1e1c9610409bcb2b78ab32c9657326ebc60f730f523d0ccc35aee0

From **Suspect's Address #9**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **50.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

*Additional notes:* Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-04 5:31:47 PM**

**TXN ID #31k** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x57fcf0bc8accf57db313f93469195b2471aab5f3661834b419ec89b53f42ef8d

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-04 5:35:11 PM**

**TXN ID #31l** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x874cd9e9e72cbdd4b78ebb74cb61d33e2612559f45ddc52009531e306ad6c472

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **50.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-04 5:39:47 PM**

**TXN ID #31m** - from **Suspect's Address #9** to **Suspect's Gate.IO Address #1**

0x62009cd1deb355f1c056bc22f8f93fa64d7f5289231673d0b71bfb2f9604d006

From **Suspect's Address #9**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **17.2000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-04 5:40:59 PM**

**TXN ID #31m.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xaf63121d9bc972e791d0b1b67f232e6430455210ed32abb21de9981738b6d35b

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **167.2000 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

[Intentionally left blank]



# Transaction Path #32    Subpoenable Entity Path



Transaction date and time: **2025-04-01 4:16:23 PM**

**TXN ID #32** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

[0x6805ae607090d861f3700785b972887a73cbb4d5e7fcb531e3f09c02eb7a14c3](0x6805ae607090d861f3700785b972887a73cbb4d5e7fcb531e3f09c02eb7a14c3)

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**    Amount: **104.4003 ETH**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #33    Subpoenable Entity Path



Transaction date and time: **2025-04-01 4:20:35 PM**

**TXN ID #33** - from Victim's Kraken Address #1 to **Suspect's Address #9**

0xa228d16193359f047dc777fefbce93f66b727ca32d6f80ad5c3f7bd00a870eb2

From Victim's Kraken Address #1    Kraken

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**    Amount: **104.3289 ETH**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #34     Subpoenable Entity Path



Transaction date and time: **2025-04-01 4:23:35 PM**

**TXN ID #34** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

0xa53aac5ee765a8380eec669037718ec250f5083c3c04f23a6834217790f49b37

From **Victim's Kraken Address #1**     **Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**     Amount: **46.8992 ETH**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #35    Subpoenable Entity Path



Transaction date and time: **2025-04-04 5:11:35 PM**

**TXN ID #35** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

0xbb5902bcbc0a5942f2c518c85a50336531013ba744d540d11a6f4e70df0d3bca

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**    Amount: **55.6482 ETH**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #36    Subpoenable Entity Path



Transaction date and time: **2025-04-04 5:13:11 PM**

**TXN ID #36** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

0xcbecbc8b2d5b0b6be4c55306ea3216bc0fdbc26feabcabd7135b69147baeaf23

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**    Amount: **111.6070 ETH**
*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #37    Subpoenable Entity Path



Transaction date and time: **2025-04-04 5:45:11 PM**

**TXN ID #37** - from **Victim's Kraken Address #1** to **Suspect's Address #9**
0xd60e9f96b549156b7b0a63891f4b57c2ff1e2d1b9e045d3ad68fe283cf4ddb7f

From **Victim's Kraken Address #1**    **Kraken**
0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0

To **Suspect's Address #9**    Amount: **44.0624 ETH**
0x7EB735Ba932e58D4C4c320323D8994064813c04D

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #38     Subpoenable Entity Path



Transaction date and time: **2025-04-04 5:46:35 PM**

**TXN ID #38** - from **Victim's Kraken Address #1** to **Suspect's Address #9**

0x3f1fec8e862562f0fcb43bcccc3efd4a567b739a09a16b468abf4ee8a5fee561

From **Victim's Kraken Address #1     Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #9**     Amount: **0.5508 ETH**

*0x7EB735Ba932e58D4C4c320323D8994064813c04D*

***Additional notes:*** Merges with Transaction 31 at 31a. Path ends.



# Transaction Path #39    Subpoenable Entity Path



Transaction date and time: **2025-04-09 6:56:59 PM**

**TXN ID #39** - from **Victim's Kraken Address #1** to **Suspect's Address #10**

[0x2be8314f2792546a7b08b61a97256cf2936751f95115c0f4510c298493a71268](#)

From **Victim's Kraken Address #1**    **Kraken**
*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #10**    Amount: **185.0000 ETH**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address. Branches as 39a, 39a1, 39a2

Transaction date and time: **2025-04-09 7:10:47 PM**

**TXN ID #39a** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0x1fe38dea0960c44b2b1ee8f88966068318884424560b8df2bbc764ee538c7abb](#)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-09 7:14:59 PM**

**TXN ID #39a1** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

0x48b26b74bfd84fecbcc765e4a979fdcbb8f8b42493e6c2df484f284c32c5e491

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-09 7:18:47 PM**

**TXN ID #39a2** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

0xc01c544de4a5ae37b3e6846e37a3d3db10920bd8e7d512fdc22b47e8c093fa4e

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-09 7:22:47 PM**

**TXN ID #39a3** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

0x6f8a5dc04b5207bb52139fe95496cfabfb6bdc0b2209617ff6dbbf1e34237ac4

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-09 7:40:59 PM**

**TXN ID #39a3.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **239.9999 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

---

Transaction date and time: **2025-04-09 7:20:47 PM**

**TXN ID #39b** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x08bce69a652e7a88b03250c5844bd6df4b6e922b8026b4157fc51d2589f68ebf

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **180.0028 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

---



# Transaction Path #40     Subpoenable Entity Path



Transaction date and time: **2025-04-09 7:00:11 PM**

**TXN ID #40** - from **Victim's Kraken Address #1** to **Suspect's Address #10**

[0xc49d7655ee02ff67187959dc12b7ff5ee9b56cda998f7df620df2f16b6653b61](#)

From **Victim's Kraken Address #1    Kraken**

*0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0*

To **Suspect's Address #10**    Amount: **184.0000 ETH**

*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-04-09 7:22:47 PM**

**TXN ID #39a3** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0x6f8a5dc04b5207bb52139fe95496cfabfb6bdc0b2209617ff6dbbf1e34237ac4](#)

From **Suspect's Address #10**

*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** 5 Eth belong to transaction 39, the 55 Eth belong to transaction 40. Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-09 7:28:35 PM**
**TXN ID #40a** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0x4e31b18c7224d751dddc1ffc9daa476536a4f75fb1841199ee5033322ceacedc](#)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-09 7:34:35 PM**
**TXN ID #40b** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0xb03b294bbeac1c76c962da86989ceaf5c4244b07890bfdb4cad487417ecff3f4](#)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-09 7:39:11 PM**
**TXN ID #40c** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0x962033720fcacf66a096a351a2faa8744b50f6826b14135665302f9737fcb6a1](#)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-09 7:40:59 PM**

**TXN ID <span style="color:red">#39a3.1</span>** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761](0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761)

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **239.9999 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** 5 Eth belong to transaction 39, 234 Eth belong to transaction 40. Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-04-09 7:43:35 PM**

**TXN ID <span style="color:red">#40d</span>** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0x788b89fdf67d4bff27efde6d2998c3c7ab1c8404a85b4f645fbef147fcf7c912](0x788b89fdf67d4bff27efde6d2998c3c7ab1c8404a85b4f645fbef147fcf7c912)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **60.0000 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-09 7:48:35 PM**

**TXN ID <span style="color:red">#40e</span>** - from **Suspect's Address #10** to **Suspect's Gate.IO Address #1**

[0xbf37548350fc5875e96b97a74f68d38ac15a5889ad649c53e9471af12c4db6a7](0xbf37548350fc5875e96b97a74f68d38ac15a5889ad649c53e9471af12c4db6a7)

From **Suspect's Address #10**
*0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **72.9971 ETH**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-09 8:00:59 PM**

**TXN ID #40e.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x9592bf09f157e88968147a646928bb57623c3d1422bf7fb881e2a7bfa2593c39

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **132.9970 ETH**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

[Intentionally left blank]



# Transaction Path #41     Subpoenable Entity Path



)

Transaction date and time: **2025-04-09 7:01:35 PM**

**TXN ID #41** - from **Victim's Kraken Address #1** to **Suspect's Address #10**
0x761b08fc28544fb71151a8cc9eea2277f9a64bde8f85f849057846925237e681

From **Victim's Kraken Address #1**    **Kraken**
0x267be1C1D684F78cb4F6a176C4911b741E4Ffdc0

To **Suspect's Address #10**    Amount: **183.9941 ETH**
0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206

***Additional notes:*** Merges with Transaction 40 at 40a. Path ends.



# Transaction Path #42    Subpoenable Entity Path



Transaction date and time: **2025-04-14 5:25:47 PM**

**TXN ID #42** - from **Victim's Kraken Address #2** to **Suspect's Address #11**

[0x076ef24a454412d4b53bbdd5af45fc62751edd5f43eed7337af213e091538aa4](#)

From **Victim's Kraken Address #2    Kraken**
*0x89e51fa8ca5d66cd220baed62ed01e8951aa7c40*

To **Suspect's Address #11**    Amount: **2,000,000.00 USDT**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

***Additional notes:*** Funds leave the victim's Kraken address and move into the suspect's address.

Transaction date and time: **2025-04-14 5:40:47 PM**

**TXN ID #42a** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0x8cbbc2ee84d7fa9e8920a9d661f1e1171142d28015b3c43db67978c2a85add7f](#)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**  Amount: **60.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-14 6:44:59 PM**

**TXN ID #42b** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x8113499f2b44364b04883cca695968f177250c2d2b9cc6ce7c31c76970293f36

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Continues as 42e.1

Transaction date and time: **2025-04-14 6:49:59 PM**

**TXN ID #42c** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0xa622a7d0dcba6796411b8588b33f60aab83917377734813b312d5c2b70b60104

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 6:54:35 PM**

**TXN ID #42d** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x803bb405934575e80212985ac43ee9a99507f712f95f1101e96113a837dbafcf

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-14 6:59:11 PM**

**TXN ID #42e** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x19bdbb6d6f1477ffc18d94678391183745d4715fae1c34202bbaff2c4e9d31df

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 7:00:47 PM**

**TXN ID #42e.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x9772c6ebcf25992525ec9adcb31f932a9ca1b1911c98389a847f3c62e0c7a670

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **400,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

Transaction date and time: **2025-04-14 6:52:11 PM**

**TXN ID #42f** - from **Suspect's Address #11** to **Suspect's OKX Address #3**
0x5fac83e60ef7a5ef7ad52bd52035864382dfdb8d96d9b3dc1d89143c28c5fc46

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's OKX Address #3    OKX**   Amount: **100,000.00 USDT**
*0xac51ffa7048190233dafc13ea5f6ff97205fccd1*

***Additional notes:*** OKX Deposit Wallet Address

Transaction date and time: **2025-04-14 6:52:35 PM**

**TXN ID #42f.1** - from **Suspect's OKX Address #3** to **OKX Hot Wallet Address #3**
0xa80fd46d4da2908fbb3d8032a89ea803b6d24d6febfc0271f347b1c5d0ada375

From **Suspect's OKX Address #3    OKX**
*0xac51ffa7048190233dafc13ea5f6ff97205fccd1*



To **OKX Hot Wallet Address #3    OKX**   Amount: **100,000.00 USDT**
*0x559432e18b281731c054cd703d4b49872be4ed53*

***Additional notes:*** OKX Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-04-14 7:05:11 PM**
**TXN ID #42g** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0xef8a01d9faf622f5f72f7eee8c41fe416cd37aac3928f193de3981fb88328fe8](#)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

---

Transaction date and time: **2025-04-14 7:09:11 PM**
**TXN ID #42h** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0xcfef489caa7f2765370a81bee189ba006d25dbf22b4cee83e2d615789be64f50](#)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

---

Transaction date and time: **2025-04-14 7:13:35 PM**
**TXN ID #42i** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0x75538c7a0604f93fa085ebc08cc395035cba4b27d7694df07c9983978bcc6126](#)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-14 7:17:35 PM**

**TXN ID #42j** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0xbd2a32ed961c435137922968612f9b337e733d26289840a3387b1e6f20876e7f

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 7:20:47 PM**

**TXN ID #42j.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xd88b62bc2cc748838c262e0b61f64cbb35e6478a7cba8d6f4ebdc2410c7d8440

From **Suspect's Gate.IO Address #1**    **Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**    **Gate.IO**    Amount: **400,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address.. Path ends.

Transaction date and time: **2025-04-14 7:22:35 PM**

**TXN ID #42k** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x870621493a1dc310f4a35aa1aeb01b6d4ca703cdbfb6560b51d2c7f20dcf7cf2

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 8:20:47 PM**

**TXN ID #42k.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xe72b4abebd32cbb4d58b6da1b2588778f34da881d326539c928005c60e2427bf

From **Suspect's Gate.IO Address #1**    **Gate.IO**



*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-04-14 7:28:59 PM**
**TXN ID #42I** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**
0x0614bf126ac5f23864d70e000b22ce7e26da84b1334a1f4df2a89f9ad20250eb

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 7:32:47 PM**
**TXN ID #42m** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**
0xf3934c26e54bb4f02a7f5681efb6c7016f0052036b311d1970468a48915ccd4d

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 7:38:11 PM**
**TXN ID #42n** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**
0xe323af416e20201f7c7d88023ba647bf3e540a6cfa1a1bfcfb63b0e1ad6e411f

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-14 7:40:47 PM**

**TXN ID #42n.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x937df3074394dafa9f9347e280984a79b311154dec61adcab002f7bf08c54627

From **Suspect's Gate.IO Address #1    Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1    Gate.IO**   Amount: **400,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-04-14 7:45:47 PM**

**TXN ID #42o** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0xa21215481461c1d5e4b20a91abad6d9feed56d6bad961e418e9f777da062ff42

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 7:49:35 PM**

**TXN ID #42p** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x916bfc580060815399f96ff9811bb8bcbc42ad63fc1405f17e709e122dad3eda

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1    Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.



Transaction date and time: **2025-04-14 7:54:47 PM**

**TXN ID #42q** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0x02b095fdceac19c9189fdb7cd04c355861ecc4f8114e0478a7330878f8ef2027](0x02b095fdceac19c9189fdb7cd04c355861ecc4f8114e0478a7330878f8ef2027)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 8:00:47 PM**

**TXN ID #42q.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

[0xdbf4353b85cdd535a4184e8c68c48ecc5a2647bc675a572745ba39e10fb94ccb](0xdbf4353b85cdd535a4184e8c68c48ecc5a2647bc675a572745ba39e10fb94ccb)

From **Suspect's Gate.IO Address #1**    **Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**    **Gate.IO**    Amount: **300,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---

Transaction date and time: **2025-04-14 8:06:35 PM**

**TXN ID #42r** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0xe57be471879568ebed093dabbaeab6c3bab5000f3e3c961b98b6acb847197f83](0xe57be471879568ebed093dabbaeab6c3bab5000f3e3c961b98b6acb847197f83)

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 8:34:59 PM**

**TXN ID #42s** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

[0x608d2d39fdb5df69f1d2df8c52e6dc97730106a1159cbabcf51471a4d068d220](0x608d2d39fdb5df69f1d2df8c52e6dc97730106a1159cbabcf51471a4d068d220)

From **Suspect's Address #11**



*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 8:40:35 PM**
**TXN ID #42s.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xfbbb1eff136d870809705e97c4b11eac759d9685056fc2bd63e3729d1c1d824b

From **Suspect's Gate.IO Address #1**   **Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **200,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

Transaction date and time: **2025-04-14 8:30:23 PM**
**TXN ID #42t** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x26f43ea1f6bda31f2372afdf40e2d6e5a6d24cf35e1eb926341ef8800055cea9

From **Suspect's Address #11**
*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.

Transaction date and time: **2025-04-14 11:00:47 PM**
**TXN ID #42t.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0x3e482f8e8fded3617380ca751a71ef53f2c46bb54dff009c97f600e0baf2f1b4

From **Suspect's Gate.IO Address #1**   **Gate.IO**
*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**   **Gate.IO**   Amount: **100,000.00 USDT**
*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.



Transaction date and time: **2025-04-14 8:39:35 PM**

**TXN ID #42u** - from **Suspect's Address #11** to **Suspect's Gate.IO Address #1**

0x9a919080b01fc19630723bab6358a54cdab4aec43058b5767129587ec9f16dfd

From **Suspect's Address #11**

*0x51e09b308e7f312db999ca81b44aa88bd04e199e*

To **Suspect's Gate.IO Address #1**    **Gate.IO**    Amount: **100,000.00 USDT**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

***Additional notes:*** Gate.IO Deposit Wallet Address.


Transaction date and time: **2025-04-14 9:00:47 PM**

**TXN ID #42u.1** - from **Suspect's Gate.IO Address #1** to **Gate.IO Hot Wallet Address #1**

0xe8d07ed9e92cab5fd8858117c5689ecbf38a9745a2cd370eecb47efcf949b576

From **Suspect's Gate.IO Address #1**    **Gate.IO**

*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*

To **Gate.IO Hot Wallet Address #1**    **Gate.IO**    Amount: **300,000.00 USDT**

*0x0d0707963952f2fba59dd06f2b425ace40b492fe*

***Additional notes:*** Gate.IO Hot Wallet Address. Path ends.

---



# Conclusion:

In this matter, the funds were traced to two exchanges.  The largest portions of funds were traced to Gate.io (94.70%) with OKX receiving (4.54%).

Both Gate.io and OKx  are regulated, licensed, maintain KYC records and typically cooperate with law enforcement. Because the largest portions of funds went to Gate.io this exchange presents the best avenue of approach for recovering the funds. However, based on the large dollar volume sent to OKX, they should be contacted as well.

**Total Fiat Amount Lost:** $5,981,480.87 (based on the spot price on the day of loss)


**Suspicious Address Table**

| To Address | To Address Label | Token Amount |
|---|---|---|
| 0x89ec49a1a5dde8ce46a27da9f4 33d2eadfb4a179 | Suspect's Address #1 | 0.7011 ETH |
| 0xcaf7df87d6508f48875eb3f1721 38521804ce878 | Suspect's Address #2 | 49,890.00 USDC<br>128.3373 ETH |
| 0x9834a70873a246c0b651c527A c628eD6BA1A4130 | Suspect's Address #3 | 0.9149 ETH<br>2.3034 ETH<br>2.3038 ETH<br>2.3103 ETH |
| 0x03d9f0a6641d1aebcf7904e4b3 005bb39e641205 | Suspect's Address #4 | 99.3196 ETH |
| 0xddb2e3bc1b8967a20240c1761 314fcb5866c3c21 | Suspect's Address #5 | 5.5514 ETH |
| 0xfbb874dca40fb1dc78876822d9 8ee8b847534e78 | Suspect's Address #6 | 2.5385 ETH<br>10.1592 ETH<br>15.2266 ETH<br>16.2246 ETH<br>23.0000 ETH<br>25.0000 ETH<br>25.0000 ETH<br>25.0000 ETH<br>25.3453 ETH<br>52.0882 ETH |
| 0xa4027a63572e0dc20f243ca5b8 51C67A8C95a21b | Suspect's Address #7 | 41.4806 ETH<br>47.2300 ETH |



| | | |
|---|---|---|
| | | 48.0000 ETH |
| | | 48.4000 ETH |
| | | 48.4000 ETH |
| | | 48.4497 ETH |
| | | 49.0000 ETH |
| | | 0.7495 ETH |
| 0xa3d82145189e720d142a6cc59 64d69AC7C662b0A | Suspect's Address #8 | 49.2046 ETH |
| | | 49.9000 ETH |
| | | 56.9043 ETH |
| | | 0.5508 ETH |
| | | 44.0624 ETH |
| | | 46.8992 ETH |
| | | 55.6482 ETH |
| | | 104.3289 ETH |
| 0x7EB735Ba932e58D4C4c32032 3D8994064813c04D | Suspect's Address #9 | 104.4003 ETH |
| | | 111.6070 ETH |
| | | 156.3777 ETH |
| | | 183.9941 ETH |
| 0xbD25d6eD1f76f83eCBe98717b 3C4353AC6ff5206 | Suspect's Address #10 | 184.0000 ETH |
| | | 185.0000 ETH |
| 0x51e09b308e7f312db999ca81b 44aa88bd04e199e | Suspect's Address #11 | 2,000,000.00 USDT |



**Exchange Address Table**

| To Address | To Address Exchange Name | To Address Label | Token Amount |
|---|---|---|---|
| | | | 3.9000 ETH |
| | | | 5.5514 ETH |
| | | | 10.0030 ETH |
| | | | 12.0029 ETH |
| | | | 20.0029 ETH |
| | | | 23.0000 ETH |
| | | | 29.9999 ETH |
| | | | 39.4796 ETH |
| | | | 40.0026 ETH |
| | | | 44.6000 ETH |
| | | | 50.0000 ETH |
| | | | 52.0912 ETH |
| | | | 60.0025 ETH |
| | | | 66.0117 ETH |
| | | | 68.3369 ETH |
| | | | 82.4717 ETH |
| | | | 90.0000 ETH |
| | | | 90.0000 ETH |
| | | | 130.9601 ETH |
| | | | 132.9970 ETH |
| | | | 149.9999 ETH |
| | | | 167.2000 ETH |
| | | | 180.0028 ETH |
| | | | 239.9999 ETH |
| | | | 261.9999 ETH |
| | | | 49,890.00 USDC |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 200,000.00 USDT |
| | | | 300,000.00 USDT |
| | | | 300,000.00 USDT |
| | | | 400,000.00 USDT |
| 0x0d0707963952f2fba59dd06f2b425ace40b492fe | Gate.IO | Gate.IO Hot Wallet Address #1 | 400,000.00 USDT |
| | | | 400,000.00 USDT |
| 0xa7efae728d2936e78bda97dc267687568dd593f3 | OKX | OKX Hot Wallet Address #1 | 20.0003 ETH |
| 0xa9ac43f5b5e38155a288d1a01d2cbc4478e14573 | OKX | OKX Hot Wallet Address #2 | 29.9999 ETH |
| | | | 29.9999 ETH |
| 0x559432e18b281731c054cd703d4b49872be4ed53 | OKX | OKX Hot Wallet Address #3 | 100,000.00 USDT |

CoinStructive™

| | | | |
|---|---|---|---|
| | | | 3.9000 ETH |
| | | | 5.5514 ETH |
| | | | 8.3369 ETH |
| | | | 10.0000 ETH |
| | | | 12.0000 ETH |
| | | | 15.2265 ETH |
| | | | 17.2000 ETH |
| | | | 20.0000 ETH |
| | | | 20.0000 ETH |
| | | | 20.0000 ETH |
| | | | 20.0000 ETH |
| | | | 20.0000 ETH |
| | | | 20.0000 ETH |
| | | | 23.0000 ETH |
| | | | 25.3452 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 30.0000 ETH |
| | | | 32.0882 ETH |
| | | | 36.0088 ETH |
| | | | 39.4796 ETH |
| | | | 40.9602 ETH |
| | | | 41.9000 ETH |
| | | | 44.6000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| | | | 50.0000 ETH |
| 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d | Gate.IO | Suspect's Gate.IO Address #1 | 50.0000 ETH |
| | | | 50.0000 ETH |



| | | | 60.0000 ETH |
|---|---|---|---|
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 60.0000 ETH |
| | | | 62.0000 ETH |
| | | | 72.9971 ETH |
| | | | 49,890.00 USDC |
| | | | 60.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| | | | 100,000.00 USDT |
| 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe | OKX | Suspect's OKX Address #1 | 20.0000 ETH |
| 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3 | OKX | Suspect's OKX Address #2 | 30.0000 ETH |
| 0xac51ffa7048190233dafc13ea5f6ff97205fccd1 | OKX | Suspect's OKX Address #3 | 30.0000 ETH 100,000.00 USDT |



In all of these situations, we are hoping to find more information about the account holders at these exchanges. It is highly likely they are using these exchanges to launder illicit proceeds from all the exchanges.

The other exchanges that were listed in the report and omitted in the conclusion are due to the lack of cooperation by those exchanges with law enforcement. I've laid out the simplest path to obtaining more information about the suspect.

# Tips for Investigators and Detectives:

Please ask for the perpetrator's real name, any photos they used when setting up the account, log in IP addresses, associated email accounts, account passwords, cryptocurrency transaction logs, any and all data collected during the KYC process, bank accounts, withdrawals, additional deposits, probable other associated account within the exchange.

We need to pick the trail up on the other side of the exchange, so all outgoing transactions need to be traced. Eventually this person or these people are cashing out somewhere.

We are happy to volunteer our time to go over this report, as well as write specific questions for the warrant. We are here to help the victim and if there is anything we can do to help you achieve that goal, we are all in.

We understand cryptocurrencies are not an easy topic, which is why our President, Chris Groshong, created a training specifically designed for law enforcement and it's certified in the state of California by the Commission for Peace Officer Standardized Training (POST).



# AWKO Addendum

## Exchange: Gate.IO

### Jurisdiction: George Town, Cayman Islands and Republic of Panama

ID: **1a\***
Date and time: 2025-03-06 4:07:11 AM
Txn Hash #: 0xa3d932764bd7fd5419f96bdb70c03246584443d282881563b589a585a6579115
From Address: *0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **3.9000 ETH**

ID: **1b**
Date and time: 2025-03-06 4:20:35 AM
Txn Hash #: 0x268374e26edddcc40d45d2b7fe6dcff8914bebb1b714bdb0a4f8d11a3c649e76
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **3.9000 ETH**

ID: **2a\***
Date and time: 2025-02-26 4:19:59 AM
Txn Hash #: 0x62a543f7eca766abc9ec6c4c8f0cad2b8b86e9c843366dd9939a5dd63b79db1c
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **49,890.00 USDC**

ID: **2b**
Date and time: 2025-02-26 6:22:59 AM
Txn Hash #: 0x8917a913642fcd3ab5ce260101b68a1417558ecdacdbef33acc9574f06e4b199



From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **49,890.00 USDC**

ID: **3a\***
Date and time: 2025-02-26 9:11:11 PM
Txn Hash #: 0xf03b6f6911db110d35962a2505d92a132fce115c6f464657757eb3e0d4fe0b5c
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a2\***
Date and time: 2025-02-26 9:15:35 PM
Txn Hash #: 0x0c461ce074e662192592cf5d9792dc9baf9437166268543cc4282b6c2d8bc026
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a2.1**
Date and time: 2025-02-26 9:20:47 PM
Txn Hash #: 0x5c933fccf0bb6f12c978b9bee5262862e176380fd72aa42b625bc255c25bc566
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **40.0026 ETH**

ID: **3a3\***
Date and time: 2025-02-26 9:20:11 PM
Txn Hash #: 0x52d797d73087f151907faf6bb533278e3d73b321ae62f39b26ada5a2af7337e7
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1



Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a4***
Date and time: 2025-02-26 9:24:47 PM
Txn Hash #: 0x5d64b5c936ef525f4788d9d6267966fc916ca3bff8acbc144c4a44cdc5d50a1b
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a5***
Date and time: 2025-02-26 9:30:23 PM
Txn Hash #: 0x5bf19f57a5591ab7908985ac6c4de86e94e08ab38bf4d190cc09e299e2a1ca6c
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a6***
Date and time: 2025-02-26 9:36:23 PM
Txn Hash #: 0xfb43e576c175a19d8539ab9a754775972e967ea90b46ce7b8b3dbd989713a899
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **8.3369 ETH**

ID: **3a6.1**
Date and time: 2025-02-26 9:40:35 PM
Txn Hash #: 0x904a26330af8698837b4d2ef06c13343313aa5b76fa56bbfb9f2e4ff4764bea2
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **68.3369 ETH**



ID: **4a***
Date and time: 2025-03-08 1:29:47 PM
Txn Hash #: 0xa9083b3fa3b830888996877c9198de74f25a125adc8a8c129aa86818ac43fb7a
From Address: *0x9834a70873a246c0b651c527Ac628eD6BA1A4130*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **10.0000 ETH**

ID: **4b**
Date and time: 2025-03-08 1:40:35 PM
Txn Hash #: 0xa72565eb6a7fe85116252449c30f2c6e356626ca87d5d0bab5b7d5bec42e2572
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **10.0030 ETH**

ID: **8a***
Date and time: 2025-03-12 11:10:59 PM
Txn Hash #: 0x39cc26fd905a54fdcb4643e6d03026342a6bea2a7bbea74f5cbfb1eecb034ccf
From Address: *0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **8b***
Date and time: 2025-03-12 11:16:23 PM
Txn Hash #: 0x2e81f1ffca5be445f5a517763182953056ad30be8156d272de163aafb4a8ba21
From Address: *0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**



ID: **8b.1**
Date and time: 2025-03-12 11:20:35 PM
Txn Hash #: 0xe1b2cb754796782b3c1db0e6ec28c849027b7c1424e57a7055c36f3df9b1b589
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **60.0025 ETH**

ID: **8c***
Date and time: 2025-03-12 11:25:35 PM
Txn Hash #: 0xab2b0bf0d3f3d84d76d47574d9cd778d775486735a8cd801a1ee5a70683a3302
From Address: *0x03d9f0a6641d1aebcf7904e4b3005bb39e641205*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **39.4796 ETH**

ID: **8c.1**
Date and time: 2025-03-12 11:40:35 PM
Txn Hash #: 0x743d07672038a9ecb86176b95da5301826579e0311a0063ae5e1b4de3ed0b66b
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **39.4796 ETH**

ID: **9a***
Date and time: 2025-03-12 11:54:23 PM
Txn Hash #: 0xdabbf5954bde68495b87db08cfb5f3b2d18f112e3533b24d4dcf70fbd7b6982c
From Address: *0xddb2e3bc1b8967a20240c1761314fcb5866c3c21*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **5.5514 ETH**



ID: **9b**
Date and time: 2025-03-13 12:00:35 AM
Txn Hash #: 0xdee9ec5785102f0010cb440da8b833064c0b72e7f799c54e434d21dd0a04dd63
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **5.5514 ETH**

ID: **10a***
Date and time: 2025-03-18 6:33:11 PM
Txn Hash #: 0xb2f4975f0001a295aef520f518e8d36873711b5ca4f969e255543e776e99ca35
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **10a1***
Date and time: 2025-03-18 6:38:11 PM
Txn Hash #: 0x7ae4d01d4ac0b66eaf0a4d3ebc76acf4cb3b3c9a94a01a8286342db1ae3f2e2e
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **32.0882 ETH**

ID: **10b**
Date and time: 2025-03-18 6:40:35 PM
Txn Hash #: 0xf29b7759e3776e8e168df7d15fd673b9e3428e7d834e22a275edadafcf5c8fa2
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **52.0912 ETH**



ID: **11a***
Date and time: 2025-03-20 6:23:35 PM
Txn Hash #: 0x4900311f3495c73e2e7c57855d109523af75a77902a28dc3418e01168ced121b
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **12.0000 ETH**

ID: **11a.1**
Date and time: 2025-03-20 6:40:47 PM
Txn Hash #: 0xa51bc6f9d234d500bf6937b13db6e6e01223817925bc689c41717b78b7d348ca
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **12.0029 ETH**

ID: **11b***
Date and time: 2025-03-20 6:56:35 PM
Txn Hash #: 0x288a0aa3b6d13ea9a9d4d3862b24e244db0bf68d25a55ece13046a99c0349a8f
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **41.9000 ETH**

ID: **11b.1**
Date and time: 2025-03-20 7:00:47 PM
Txn Hash #: 0xb3b0f1b3eb05eec4f0a6b692993cf649fdab1c7bf31023d5a342029f61ee9139
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **82.4717 ETH**



ID: **11c***
Date and time: 2025-03-20 7:12:11 PM
Txn Hash #: 0xedeb61867a570f311cac28d1d2c0c866aa66d53c93505278ddce3a975d0de306
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **11c.1**
Date and time: 2025-03-20 7:20:35 PM
Txn Hash #: 0x6f6d5ee858c5793a8a998aedc5aeb6ac62e446a73af3bdf8af8d63e61b9dc632
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **50.0000 ETH**

ID: **13a***
Date and time: 2025-03-20 6:47:11 PM
Txn Hash #: 0xbe2b3a1d0b3aba04a3d5a79292fd06403cb4db62cfde3c8f5075802a42c65d3f
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **15.2265 ETH**

ID: **11b.1**
Date and time: 2025-03-20 7:00:47 PM
Txn Hash #: 0xb3b0f1b3eb05eec4f0a6b692993cf649fdab1c7bf31023d5a342029f61ee9139
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **82.4717 ETH**



ID: **14a\***
Date and time: 2025-03-20 6:47:35 PM
Txn Hash #: 0x67138c556e727861ce8b7e87e0df00fe4e20771eb079575bd9843a509d930898
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **25.3452 ETH**

ID: **11b.1**
Date and time: 2025-03-20 7:00:47 PM
Txn Hash #: 0xb3b0f1b3eb05eec4f0a6b692993cf649fdab1c7bf31023d5a342029f61ee9139
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **82.4717 ETH**

ID: **19a\***
Date and time: 2025-03-20 7:33:59 PM
Txn Hash #: 0x676cba50235e88abab1c5be26d5621e7c597804d1a20abe371fd77df26f9e913
From Address: *0xfbb874dca40fb1dc78876822d98ee8b847534e78*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **23.0000 ETH**

ID: **19b**
Date and time: 2025-03-20 7:40:47 PM
Txn Hash #: 0x5b9ab1193939505da02bb3d11df8601f81c6425fe30cecabceb08aad06ef0f1a
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **23.0000 ETH**



ID: **20a***
Date and time: 2025-03-25 6:16:23 PM
Txn Hash #: 0x8e14dca6c59c7b9e9b891e6a6eb363723fda79f67867779f4412b1292e9361d8
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **20a.1**
Date and time: 2025-03-25 6:20:59 PM
Txn Hash #: 0xa65b6fc276c63e727cdca9990b7cf389cc4724eae62c74f485e009fc5781c18f
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **20.0029 ETH**

ID: **20b***
Date and time: 2025-03-25 6:20:59 PM
Txn Hash #: 0x3f052e92ebb64d8f19693c0274f906482eea979181478936732f8e287689a858
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20c***
Date and time: 2025-03-25 6:30:11 PM
Txn Hash #: 0x7006b8889f3044ff93ce8bc7a1b9c16658e947d1c6eef12e42df15a8d1677550
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**



ID: **20d\***
Date and time: 2025-03-25 6:39:59 PM
Txn Hash #: 0xf71311593044098cdb382b2e4b0ea42409229bf0fd5b41332d5cf2e9a371eda0
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20d.1**
Date and time: 2025-03-25 6:40:59 PM
Txn Hash #: 0xcd0667bf2c73b24ee24c48ab1e073329c2cb3cfcd5cd8e82522815154738d94e
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **90.0000 ETH**

ID: **20e\***
Date and time: 2025-03-25 6:43:59 PM
Txn Hash #: 0x128f382c4527a0e431a0327d7d42d2436b12f0e1b355e933e485319c8a1ff6cc
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20f\***
Date and time: 2025-03-25 6:49:59 PM
Txn Hash #: 0x4258f87e446dc2f21f03f1a511341f7e42128acc67fafae6fd1407cf2bab3f21
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**



ID: **20g\***
Date and time: 2025-03-25 6:54:11 PM
Txn Hash #: 0x976ab564dff43fbf8dcfc4ff66b477d45dfc8a155df1209e0d35b238a28d1436
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20g.1**
Date and time: 2025-03-25 7:00:59 PM
Txn Hash #: 0x137e5b14797dc086a1bbd598c3c8feeba208b34ef2801528f4cc49b209d2e0fc
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **90.0000 ETH**

ID: **20h\***
Date and time: 2025-03-25 7:00:47 PM
Txn Hash #: 0xefdcec4a0f604da6d76f765864127b072c7fb405a23de6c08fae7095e5f213fa
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20i\***
Date and time: 2025-03-25 7:05:35 PM
Txn Hash #: 0x161915637bdd6614a04ae808705fed9e292739ceb63dee123021b4c9d630b072
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**



ID: **20j***
Date and time: 2025-03-25 7:11:23 PM
Txn Hash #: 0x8245f6bd66826ff61f079a4c66e392b059b0e8f6578eeb9749dafd8131da7064
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **20k***
Date and time: 2025-03-25 7:16:35 PM
Txn Hash #: 0xdc6c2341ddc272f6a8afcea6fc1c45d3c12c429e1a8f5bf9b6fa20a34d07a7e4
From Address: *0xa4027a63572e0dc20f243ca5b851C67A8C95a21b*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **40.9602 ETH**

ID: **20k.1**
Date and time: 2025-03-25 7:20:47 PM
Txn Hash #: 0xddae85420b6bf7881ae4d6c74514ad21c5b36c2c9728a84dca200f9c7b3bdadc
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **130.9601 ETH**

ID: **27b***
Date and time: 2025-03-27 4:19:47 PM
Txn Hash #: 0x07fcd7a9b4e1aadfbef0c92011a31e93e1b4fe2abc6209474911d3e69cb46639
From Address: *0xa3d82145189e720d142a6cc5964d69AC7C662b0A*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**



ID: **27b.1**
Date and time: 2025-03-27 4:20:59 PM
Txn Hash #: 0xa18505110c75f7ada2cffea6863f48e69d7974a4afd17c4bd0defec41be0edfd
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **29.9999 ETH**

ID: **27d***
Date and time: 2025-03-27 5:12:59 PM
Txn Hash #: 0xebcd9b0d6f5e0f46a24ea17c0122bcb1484b34b412902e364f5430bf52247209
From Address: *0xa3d82145189e720d142a6cc5964d69AC7C662b0A*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**

ID: **27e***
Date and time: 2025-03-27 5:21:47 PM
Txn Hash #: 0xa90802bd0513f38d20d07325ee811f91c7934af78a488c63afadc3eee20d8660
From Address: *0xa3d82145189e720d142a6cc5964d69AC7C662b0A*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **36.0088 ETH**

ID: **27e.1**
Date and time: 2025-03-27 5:40:59 PM
Txn Hash #: 0xa35f12489aadbeb613a7b3bb17196eec1a40664e2a4b787696682299be50e4c2
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **66.0117 ETH**



ID: **31a***
Date and time: 2025-04-01 4:27:35 PM
Txn Hash #: 0x8206c2521f3b4a39b10d3a104410b23a9f67ef264c10e9acabb4161a5e69648f
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31b***
Date and time: 2025-04-01 4:33:11 PM
Txn Hash #: 0x719e4d2630a5b72b037defab3eb3844672f742d1497b71ce3694ad4b484a8661
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31c***
Date and time: 2025-04-01 4:37:47 PM
Txn Hash #: 0xe1ef9af52342d0e4d0d775ded867a6ada6a527bf92904a1133a1f1bc0d9e7d6d
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31c.1**
Date and time: 2025-04-01 4:40:59 PM
Txn Hash #: 0xa5085b8dba0fe3b1ee53dbccd7504880f99933b9303328cdf761cc35ad85bed3
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **149.9999 ETH**



ID: **31d***
Date and time: 2025-04-01 4:41:59 PM
Txn Hash #: 0x304da7fdaccbc28beb2b932f4927828e8b8343b0b73199a9657ade2438adb5da
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31e***
Date and time: 2025-04-01 4:46:11 PM
Txn Hash #: 0x45858ee27c452de784e3f6f595e2b45167c70d3cb2a8cddf89562d0cf3af3c38
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31f***
Date and time: 2025-04-01 4:49:35 PM
Txn Hash #: 0x958680530d0775749b7c10800991ea475da5dd0c92c1909d36d9562ce8f0cbdf
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31g***
Date and time: 2025-04-01 4:53:47 PM
Txn Hash #: 0x539ee86ce4994210b03f987f31b926b8e98f81c3c34545d6ce6f0d6e44954702
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**



ID: **31h***
Date and time: 2025-04-01 4:57:35 PM
Txn Hash #: 0x49f8be3a594753e478e5eeb77790576721a85f64d140e007eccc00e6c2401d54
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **62.0000 ETH**

ID: **31h.1**
Date and time: 2025-04-01 5:00:59 PM
Txn Hash #: 0xdf37b09a73aff7d03905071d8d02504472e97453f823a189b4f42174b26d9446
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **261.9999 ETH**

ID: **31i***
Date and time: 2025-04-04 5:59:23 PM
Txn Hash #: 0x3e50ff6d58b9d290df0c657e05e2852bf63aad67df8a3ed7f468e8126cd4ef88
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **44.6000 ETH**

ID: **31i.1**
Date and time: 2025-04-04 6:00:59 PM
Txn Hash #: 0xd136b9101b5b8f260fdd2f3c6119898cc2b826c6797103f8e72d765e0e797f57
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **44.6000 ETH**



ID: **31j***
Date and time: 2025-04-04 5:25:35 PM
Txn Hash #: 0x29d6970cdd1e1c9610409bcb2b78ab32c9657326ebc60f730f523d0ccc35aee0
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31k***
Date and time: 2025-04-04 5:31:47 PM
Txn Hash #: 0x57fcf0bc8accf57db313f93469195b2471aab5f3661834b419ec89b53f42ef8d
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31l***
Date and time: 2025-04-04 5:35:11 PM
Txn Hash #: 0x874cd9e9e72cbdd4b78ebb74cb61d33e2612559f45ddc52009531e306ad6c472
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **50.0000 ETH**

ID: **31m***
Date and time: 2025-04-04 5:39:47 PM
Txn Hash #: 0x62009cd1deb355f1c056bc22f8f93fa64d7f5289231673d0b71bfb2f9604d006
From Address: *0x7EB735Ba932e58D4C4c320323D8994064813c04D*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **17.2000 ETH**



ID: **31m.1**
Date and time: 2025-04-04 5:40:59 PM
Txn Hash #: 0xaf63121d9bc972e791d0b1b67f232e6430455210ed32abb21de9981738b6d35b
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **167.2000 ETH**

ID: **39a***
Date and time: 2025-04-09 7:10:47 PM
Txn Hash #: 0x1fe38dea0960c44b2b1ee8f88966068318884424560b8df2bbc764ee538c7abb
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **39a1***
Date and time: 2025-04-09 7:14:59 PM
Txn Hash #: 0x48b26b74bfd84fecbcc765e4a979fdcbb8f8b42493e6c2df484f284c32c5e491
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **39a2***
Date and time: 2025-04-09 7:18:47 PM
Txn Hash #: 0xc01c544de4a5ae37b3e6846e37a3d3db10920bd8e7d512fdc22b47e8c093fa4e
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**



ID: **39a3\***
Date and time: 2025-04-09 7:22:47 PM
Txn Hash #: 0x6f8a5dc04b5207bb52139fe95496cfabfb6bdc0b2209617ff6dbbf1e34237ac4
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **39a3.1**
Date and time: 2025-04-09 7:40:59 PM
Txn Hash #: 0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **239.9999 ETH**

ID: **39b**
Date and time: 2025-04-09 7:20:47 PM
Txn Hash #: 0x08bce69a652e7a88b03250c5844bd6df4b6e922b8026b4157fc51d2589f68ebf
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **180.0028 ETH**

ID: **39a3\***
Date and time: 2025-04-09 7:22:47 PM
Txn Hash #: 0x6f8a5dc04b5207bb52139fe95496cfabfb6bdc0b2209617ff6dbbf1e34237ac4
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**



ID: **40a\***
Date and time: 2025-04-09 7:28:35 PM
Txn Hash #: 0x4e31b18c7224d751dddc1ffc9daa476536a4f75fb1841199ee5033322ceacedc
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **40b\***
Date and time: 2025-04-09 7:34:35 PM
Txn Hash #: 0xb03b294bbeac1c76c962da86989ceaf5c4244b07890bfdb4cad487417ecff3f4
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **40c\***
Date and time: 2025-04-09 7:39:11 PM
Txn Hash #: 0x962033720fcacf66a096a351a2faa8744b50f6826b14135665302f9737fcb6a1
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **39a3.1**
Date and time: 2025-04-09 7:40:59 PM
Txn Hash #: 0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **239.9999 ETH**



ID: **40d\***
Date and time: 2025-04-09 7:43:35 PM
Txn Hash #: 0x788b89fdf67d4bff27efde6d2998c3c7ab1c8404a85b4f645fbef147fcf7c912
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.0000 ETH**

ID: **40e\***
Date and time: 2025-04-09 7:48:35 PM
Txn Hash #: 0xbf37548350fc5875e96b97a74f68d38ac15a5889ad649c53e9471af12c4db6a7
From Address: *0xbD25d6eD1f76f83eCBe98717b3C4353AC6ff5206*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **72.9971 ETH**

ID: **40e.1**
Date and time: 2025-04-09 8:00:59 PM
Txn Hash #: 0x9592bf09f157e88968147a646928bb57623c3d1422bf7fb881e2a7bfa2593c39
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **132.9970 ETH**

ID: **42a\***
Date and time: 2025-04-14 5:40:47 PM
Txn Hash #: 0x8cbbc2ee84d7fa9e8920a9d661f1e1171142d28015b3c43db67978c2a85add7f
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **60.00 USDT**



ID: **42c\***
Date and time: 2025-04-14 6:49:59 PM
Txn Hash #: 0xa622a7d0dcba6796411b8588b33f60aab83917377734813b312d5c2b70b60104
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42d\***
Date and time: 2025-04-14 6:54:35 PM
Txn Hash #: 0x803bb405934575e80212985ac43ee9a99507f712f95f1101e96113a837dbafcf
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42e\***
Date and time: 2025-04-14 6:59:11 PM
Txn Hash #: 0x19bdbb6d6f1477ffc18d94678391183745d4715fae1c34202bbaff2c4e9d31df
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42e.1**
Date and time: 2025-04-14 7:00:47 PM
Txn Hash #: 0x9772c6ebcf25992525ec9adcb31f932a9ca1b1911c98389a847f3c62e0c7a670
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **400,000.00 USDT**



ID: **42g***
Date and time: 2025-04-14 7:05:11 PM
Txn Hash #: 0xef8a01d9faf622f5f72f7eee8c41fe416cd37aac3928f193de3981fb88328fe8
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42h***
Date and time: 2025-04-14 7:09:11 PM
Txn Hash #: 0xcfef489caa7f2765370a81bee189ba006d25dbf22b4cee83e2d615789be64f50
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42i***
Date and time: 2025-04-14 7:13:35 PM
Txn Hash #: 0x75538c7a0604f93fa085ebc08cc395035cba4b27d7694df07c9983978bcc6126
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42j***
Date and time: 2025-04-14 7:17:35 PM
Txn Hash #: 0xbd2a32ed961c435137922968612f9b337e733d26289840a3387b1e6f20876e7f
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**



ID: **42j.1**
Date and time: 2025-04-14 7:20:47 PM
Txn Hash #: 0xd88b62bc2cc748838c262e0b61f64cbb35e6478a7cba8d6f4ebdc2410c7d8440
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **400,000.00 USDT**

ID: **42k***
Date and time: 2025-04-14 7:22:35 PM
Txn Hash #: 0x870621493a1dc310f4a35aa1aeb01b6d4ca703cdbfb6560b51d2c7f20dcf7cf2
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42k.1**
Date and time: 2025-04-14 8:20:47 PM
Txn Hash #: 0xe72b4abebd32cbb4d58b6da1b2588778f34da881d326539c928005c60e2427bf
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42l***
Date and time: 2025-04-14 7:28:59 PM
Txn Hash #: 0x0614bf126ac5f23864d70e000b22ce7e26da84b1334a1f4df2a89f9ad20250eb
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**



ID: **42m***
Date and time: 2025-04-14 7:32:47 PM
Txn Hash #: 0xf3934c26e54bb4f02a7f5681efb6c7016f0052036b311d1970468a48915ccd4d
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42n***
Date and time: 2025-04-14 7:38:11 PM
Txn Hash #: 0xe323af416e20201f7c7d88023ba647bf3e540a6cfa1a1bfcfb63b0e1ad6e411f
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42n.1**
Date and time: 2025-04-14 7:40:47 PM
Txn Hash #: 0x937df3074394dafa9f9347e280984a79b311154dec61adcab002f7bf08c54627
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **400,000.00 USDT**

ID: **42o***
Date and time: 2025-04-14 7:45:47 PM
Txn Hash #: 0xa21215481461c1d5e4b20a91abad6d9feed56d6bad961e418e9f777da062ff42
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**



ID: **42p***
Date and time: 2025-04-14 7:49:35 PM
Txn Hash #: 0x916bfc580060815399f96ff9811bb8bcbc42ad63fc1405f17e709e122dad3eda
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42q***
Date and time: 2025-04-14 7:54:47 PM
Txn Hash #: 0x02b095fdceac19c9189fdb7cd04c355861ecc4f8114e0478a7330878f8ef2027
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42q.1**
Date and time: 2025-04-14 8:00:47 PM
Txn Hash #: 0xdbf4353b85cdd535a4184e8c68c48ecc5a2647bc675a572745ba39e10fb94ccb
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **300,000.00 USDT**

ID: **42r***
Date and time: 2025-04-14 8:06:35 PM
Txn Hash #: 0xe57be471879568ebed093dabbaeab6c3bab5000f3e3c961b98b6acb847197f83
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**



ID: **42s***
Date and time: 2025-04-14 8:34:59 PM
Txn Hash #: 0x608d2d39fdb5df69f1d2df8c52e6dc97730106a1159cbabcf51471a4d068d220
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42s.1**
Date and time: 2025-04-14 8:40:35 PM
Txn Hash #: 0xfbbb1eff136d870809705e97c4b11eac759d9685056fc2bd63e3729d1c1d824b
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **200,000.00 USDT**

ID: **42t***
Date and time: 2025-04-14 8:30:23 PM
Txn Hash #: 0x26f43ea1f6bda31f2372afdf40e2d6e5a6d24cf35e1eb926341ef8800055cea9
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42t.1**
Date and time: 2025-04-14 11:00:47 PM
Txn Hash #: 0x3e482f8e8fded3617380ca751a71ef53f2c46bb54dff009c97f600e0baf2f1b4
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **100,000.00 USDT**



ID: **42u***
Date and time: 2025-04-14 8:39:35 PM
Txn Hash #: 0x9a919080b01fc19630723bab6358a54cdab4aec43058b5767129587ec9f16dfd
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address Label: Suspect's Gate.IO Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42u.1**
Date and time: 2025-04-14 9:00:47 PM
Txn Hash #: 0xe8d07ed9e92cab5fd8858117c5689ecbf38a9745a2cd370eecb47efcf949b576
From Address: *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
To Address Label: Gate.IO Hot Wallet Address #1
Address Type: Hot Wallet
Network: Ethereum
Amount: **300,000.00 USDT**

# Exchange: OKX

## Jurisdiction: Seychelles and Malta

ID: **3a1***
Date and time: 2025-02-26 9:12:35 PM
Txn Hash #: 0xd26527c3fbee74b8d9dad0ee50799fa3e1c742c94b9b2c5884f1e4c213d467ba
From Address: *0xcaf7df87d6508f48875eb3f172138521804ce878*
To Address: *0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe*
To Address Label: Suspect's OKX Address #1
Address Type: Likely deposit address
Network: Ethereum
Amount: **20.0000 ETH**

ID: **3a1.1**
Date and time: 2025-02-26 9:26:35 PM
Txn Hash #: 0xe89f28939b4f8413779817d441f37d4903ea5367ffe9a352cc46ff5f1f6cec23
From Address: *0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe*
To Address: *0xa7efae728d2936e78bda97dc267687568dd593f3*
To Address Label: OKX Hot Wallet Address #1



Address Type: Hot Wallet
Network: Ethereum
Amount: **20.0003 ETH**


ID: **27a***
Date and time: 2025-03-27 4:05:47 PM
Txn Hash #: 0x2b4404e1d25b9c3bb460d345a56f84c3232726b0968f4b868331696a83522531
From Address: *0xa3d82145189e720d142a6cc5964d69AC7C662b0A*
To Address: *0x3ec8ab0f225061fc963d4759fec5d5232ea049d3*
To Address Label: Suspect's OKX Address #2
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**


ID: **27a.1**
Date and time: 2025-03-27 4:09:47 PM
Txn Hash #: 0x10029aa08af25404b8f8f7d8c54cb00b0a117ed8486f155dcce94949929ab013
From Address: *0x3ec8ab0f225061fc963d4759fec5d5232ea049d3*
To Address: *0xa9ac43f5b5e38155a288d1a01d2cbc4478e14573*
To Address Label: OKX Hot Wallet Address #2
Address Type: Hot Wallet
Network: Ethereum
Amount: **29.9999 ETH**


ID: **27c***
Date and time: 2025-03-27 4:42:59 PM
Txn Hash #: 0xf89081bd971c96e8fc2be68deea7b40b2449d126ab75b9ca94b716323625de53
From Address: *0xa3d82145189e720d142a6cc5964d69AC7C662b0A*
To Address: *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
To Address Label: Suspect's OKX Address #3
Address Type: Likely deposit address
Network: Ethereum
Amount: **30.0000 ETH**


ID: **27c.1**
Date and time: 2025-03-27 4:46:47 PM
Txn Hash #: 0x6dff93d718c2e42a99dd086e9188a6ff77bcb29d5db624929502892361ebb2e8
From Address: *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
To Address: *0xa9ac43f5b5e38155a288d1a01d2cbc4478e14573*
To Address Label: OKX Hot Wallet Address #2
Address Type: Hot Wallet
Network: Ethereum
Amount: **29.9999 ETH**



ID: **42f***
Date and time: 2025-04-14 6:52:11 PM
Txn Hash #: 0x5fac83e60ef7a5ef7ad52bd52035864382dfdb8d96d9b3dc1d89143c28c5fc46
From Address: *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
To Address: *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
To Address Label: Suspect's OKX Address #3
Address Type: Likely deposit address
Network: Ethereum
Amount: **100,000.00 USDT**

ID: **42f.1**
Date and time: 2025-04-14 6:52:35 PM
Txn Hash #: 0xa80fd46d4da2908fbb3d8032a89ea803b6d24d6febfc0271f347b1c5d0ada375
From Address: *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
To Address: *0x559432e18b281731c054cd703d4b49872be4ed53*
To Address Label: OKX Hot Wallet Address #3
Address Type: Hot Wallet
Network: Ethereum
Amount: **100,000.00 USDT**

\*       While these addresses are not attributed as deposit addresses on our blockchain
forensic tools, we believe based on their characteristics, that they are.  Therefore, we have
included them in this list.



May 19, 2025

      (Via email only)
      Luan Doan
      % Saul Ancona
      Coin-Counsel
      saul@coin-counsel.com
      Brooklyn, NY
      (917) 480-0005

Re:  Revised Addendum for Transactions 39-43

# AWKO Addendum

## Exchange: Gate.IO
## Jurisdiction: George Town, Cayman Islands and Republic of Panama

**ID: 39a***
**Date and time: 4/9/2025 7:10:47 PM**
**Txn Hash #: 0x1fe38dea0960c44b2b1ee8f88966068318884424560b8df2bbc764ee538c7abb**
**From Address: 0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206**
**To Address: 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d**
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a1***
**Date and time: 4/9/2025 7:14:59 PM**
**Txn Hash #: 0x48b26b74bfd84fecbcc765e4a979fdcbb8f8b42493e6c2df484f284c32c5e491**
**From Address: 0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206**
**To Address: 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d**
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**



**ID: 39a2***
**Date and time: 4/9/2025 7:18:47 PM**
**Txn Hash #:**
**0xc01c544de4a5ae37b3e6846e37a3d3db10920bd8e7d512fdc22b47e8c093fa4e**
**From Address:** ==0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206==
**To Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a3***
**Date and time: 4/9/2025 7:22:47 PM**
**Txn Hash #: 0xf6f8a5dc04b5207bb52139fe95496cfabfb6bdc0b2209617ff6dbbf1e34237ac4**
**From Address:** ==0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206==
**To Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a3.1**
**Date and time: 4/9/2025 7:40:59 PM**
**Txn Hash #: 0xfc560c5a0fa3cfe88f421f0938437cd175fd0487358a6b3ae33c3017f0ac0761**
**From Address:** ==0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d==
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 239.9999 ETH**

**ID: 39a4***
**Date and time: 4/9/2025 7:28:35 PM**
**Txn Hash #: 0x4e31b18c7224d751dddc1ffc9daa476536a4f75fb1841199ee5033322ceacedc**
**From Address:** ==0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206==
**To Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**



**ID: 39a5***
**Date and time: 4/9/2025 7:34:35 PM**
**Txn Hash #: 0xb03b294bbeac1c76c962da86989ceaf5c4244b07890bfdb4cad487417ecff3f4**
**From Address:** `0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206`
**To Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a6***
**Date and time: 4/9/2025 7:39:11 PM**
**Txn Hash #: 0x962033720fcacf66a096a351a2faa8744b50f6826b14135665302f9737fcb6a1**
**From Address:** `0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206`
**To Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a7***
**Date and time: 4/9/2025 7:43:35 PM**
**Txn Hash #: 0x788b89fdf67d4bff27efde6d2998c3c7ab1c8404a85b4f645fbef147fcf7c912**
**From Address:** `0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206`
**To Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 60.0000 ETH**

**ID: 39a7.1**
**Date and time: 4/9/2025 8:00:59 PM**
**Txn Hash #: 0x9592bf09f157e88968147a646928bb57623c3d1422bf7fb881e2a7bfa2593c39**
**From Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address:** `0x0d0707963952f2fba59dd06f2b425ace40b492fe`
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 132.9970 ETH**



**ID: 39a8\***
**Date and time: 4/9/2025 7:48:35 PM**
**Txn Hash #: 0xbf37548350fc5875e96b97a74f68d38ac15a5889ad649c53e9471af12c4db6a7**
**From Address:** `0xbd25d6ed1f76f83ecbe98717b3c4353ac6ff5206`
**To Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address Label: Suspect's Gate.IO Address #1**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 72.9971 ETH**

**ID: 39b**
**Date and time: 4/9/2025 7:20:47 PM**
**Txn Hash #: 0x08bce69a652e7a88b03250c5844bd6df4b6e922b8026b4157fc51d2589f68ebf**
**From Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 180.0028 ETH**

**ID: 42a6.1**
**Date and time: 4/14/2025 7:20:47 PM**
**Txn Hash #:**
**0xd88b62bc2cc748838c262e0b61f64cbb35e6478a7cba8d6f4ebdc2410c7d8440**
**From Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 400,000.00 USDT**

**ID: 42a10.1**
**Date and time: 4/14/2025 8:20:47 PM**
**Txn Hash #:**
**0xe72b4abebd32cbb4d58b6da1b2588778f34da881d326539c928005c60e2427bf**
**From Address:** `0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d`
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**



**ID: 42a11.1**
**Date and time: 4/14/2025 7:40:47 PM**
**Txn Hash #: 0x937df3074394dafa9f9347e280984a79b311154dec61adcab002f7bf08c54627**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 400,000.00 USDT**

**ID: 42a14.1**
**Date and time: 4/14/2025 8:00:47 PM**
**Txn Hash #:**
**0xdbf4353b85cdd535a4184e8c68c48ecc5a2647bc675a572745ba39e10fb94ccb**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 300,000.00 USDT**

**ID: 42a17.1**
**Date and time: 4/14/2025 8:40:35 PM**
**Txn Hash #: 0xfbbb1eff136d870809705e97c4b11eac759d9685056fc2bd63e3729d1c1d824b**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 200,000.00 USDT**

**ID: 42a18.1**
**Date and time: 4/14/2025 11:00:47 PM**
**Txn Hash #: 0x3e482f8e8fded3617380ca751a71ef53f2c46bb54dff009c97f600e0baf2f1b4**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**



**ID: 42a20.1**
**Date and time: 4/14/2025 9:00:47 PM**
**Txn Hash #: 0xe8d07ed9e92cab5fd8858117c5689ecbf38a9745a2cd370eecb47efcf949b576**
**From Address:** <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 300,000.00 USDT**

**ID: 42a23.1**
**Date and time: 4/14/2025 11:40:47 PM**
**Txn Hash #: 0x9c14f47bb0ac3de63c7eb08201e1ffe051ec3b95f2e931ca1807540cf8dd36ad**
**From Address:** <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 300,000.00 USDT**

**ID: 42a24.1**
**Date and time: 4/14/2025 11:20:47 PM**
**Txn Hash #:**
**0x309e8e758311991a227530ab576406e093b937225e28964a1c79198ae0212a3c**
**From Address:** <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**

**ID: 42a25.1**
**Date and time: 4/15/2025 2:00:47 AM**
**Txn Hash #:**
**0x3b1493e6291574352904266fd1b9683dd4bc357a6584a228dc87c728dd530c3c**
**From Address:** <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**



**ID: 42a28.1**
**Date and time: 4/15/2025 1:00:47 AM**
**Txn Hash #: 0x74ad44cd7088a125180bf1f5ad8f59c6cff183701ac674e7ec13721f1f6b4a23**
**From Address:** ==*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*==
**To Address:** *0x0d707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 200,000.00 USDT**

**ID: 42a30.1**
**Date and time: 4/15/2025 3:00:59 AM**
**Txn Hash #: 0x84ea77c8e06a314eb66960b7a42c208cdadfb1d3b768f3811f2ffc46364bc270**
**From Address:** ==*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*==
**To Address:** *0x0d707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 450,000.00 USDT**

**ID: 42a31.1**
**Date and time: 4/15/2025 2:40:47 AM**
**Txn Hash #:**
**0xc42b4a503be3bbf4553e82d8c4c50cd108b941bea815b8ba04be39d8af862624**
**From Address:** ==*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*==
**To Address:** *0x0d707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 150,000.00 USDT**

**ID: 42a35.1**
**Date and time: 4/15/2025 3:20:47 AM**
**Txn Hash #: 0x5ea4d2583551763541f6fd7d3de5b785f9316225fb72e9a24ce1ea9407634618**
**From Address:** ==*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*==
**To Address:** *0x0d707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 597,355.90 USDT**



**ID: 42b**
**Date and time: 4/14/2025 7:00:47 PM**
**Txn Hash #: 0x9772c6ebcf25992525ec9adcb31f932a9ca1b1911c98389a847f3c62e0c7a670**
**From Address: <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>**
**To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe***
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 400,000.00 USDT**


**ID: 43a1.1**
**Date and time: 4/16/2025 5:40:47 PM**
**Txn Hash #: 0x94cf2cb593b4f5b4354de0f9a03694cb64c0839d141ead09ac2cba26fadcd807**
**From Address: <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>**
**To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe***
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 500,000.00 USDT**


**ID: 43a6.1**
**Date and time: 4/16/2025 6:40:59 PM**
**Txn Hash #: 0x5ca4ed690f1c6d84df5006271620a0f95fcdd0930b9bfe392e0ee7246c05062d**
**From Address: <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>**
**To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe***
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**


**ID: 43a7.1**
**Date and time: 4/16/2025 7:40:47 PM**
**Txn Hash #: 0xdfad3586227148aa3e9f0a02d12e14b3d2fadf42102b5a085504cc667bfda766**
**From Address: <mark>*0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*</mark>**
**To Address: *0x0d0707963952f2fba59dd06f2b425ace40b492fe***
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**



**ID: 43a8.1**
**Date and time: 4/16/2025 8:00:47 PM**
**Txn Hash #:**
**0xea3129d2b028e554800947d551ca7be65d30ba48d14c0fdb1f25ddc97411cbb8**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 200,015.70 USDT**

**ID: 43b**
**Date and time: 4/16/2025 6:20:47 PM**
**Txn Hash #:**
**0x21a70457b1b78801ec64a211578317bc72be07e48315c9be9d4a2a2a3d87ee88**
**From Address:** *0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d*
**To Address:** *0x0d0707963952f2fba59dd06f2b425ace40b492fe*
**To Address Label: Gate.IO Hot Wallet Address #1**
**Address Type: Hot Wallet**
**Network: Ethereum**
**Amount: 100,000.00 USDT**

## Exchange: OKX
## Jurisdiction: Seychelles and Malta

**ID: 42a3***
**Date and time: 4/14/2025 6:52:11 PM**
**Txn Hash #: 0x5fac83e60ef7a5ef7ad52bd52035864382dfdb8d96d9b3dc1d89143c28c5fc46**
**From Address:** *0x51e09b308e7f312db999ca81b44aa88bd04e199e*
**To Address:** *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
**To Address Label: Suspect's OKX Address #3**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 100,000.00 USDT**



**ID: 42a3.1***
**Date and time: 4/14/2025 6:52:35 PM**
**Txn Hash #: 0xa80fd46d4da2908fbb3d8032a89ea803b6d24d6febfc0271f347b1c5d0ada375**
**From Address:** *0xac51ffa7048190233dafc13ea5f6ff97205fccd1*
**To Address:** *0x559432e18b281731c054cd703d4b49872be4ed53*
**To Address Label: Suspect's OKX Address #4**
**Address Type: Likely deposit address**
**Network: Ethereum**
**Amount: 100,000.00 USDT**


\*       While these addresses are not attributed as deposit addresses on our blockchain
forensic tools, we believe based on their characteristics, that they are.  Therefore, we have
included them in this list.