| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 25−cv−03097 |
|---|---|---|---|

| Luan Pham Doan |
|---|
| *versus* |
| Defendant 1, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Reagan Charleston Thomas<br>La. Bar No. 38522<br>AYLSTOCK, WITKIN, KREIS<br>& OVERHOLTZ, PLLC 17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850-202-1010 Fax: 850-916-7449<br>rthomas@awkolaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Luan Pham Doan |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 09/11/2025 | Signed: *Reagan C. Thomas* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
United States District Judge

# LSBA Membership Directory

In accordance with Supreme Court Rule XIX, the LSBA Membership Directory provides current contact information for members of the Louisiana State Bar Association.
You may search for members using any combination of FIRST NAME, LAST NAME or CITY.
View Status Descriptions (../../../Public/MemberStatus.aspx)

Looking for a specialist? Visit the Louisiana Board of Legal Specialization Specialists (../../../Specialization/Specialist.aspx)

## LSBA Membership Directory

 New Search

Sort

 Ms. Reagan Charleston Thomas
  Eligible
Pensacola
**View Details**

Previous   Next

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that **Ms. Reagan Lauren Charleston** whose address is **17 East Main St Ste 200, Pensacola, FL 32502** is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the **6th** day of **May**, **2019**.

Given over my hand and the Seal of the Louisiana State Bar Association, this **11th** day of **October**, **2023**.

*Executive Director*
*Louisiana State Bar Association*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

## CERTIFICATE OF GOOD STANDING

I, _____ , Clerk of this Court,

certify that _____ , Bar # _____ ,

was duly admitted to practice in this Court on _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ on _____
*(Location)*                                                         *(Date)*

_____        *Ellen D. Stall*
*CLERK*                                                             *Deputy Clerk*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

Attorney Admissions
(312) 435-5771

September 11, 2024

Dear Counselor:

I am pleased to advise you that your petition for admission has been granted.   Welcome to the General Bar of the United States District Court for the Northern District of Illinois.   Enclosed please find your certificate of admission, which reflects the date you joined our bar.

Your **federal bar identification number** for this Court is the same as the Illinois ARDC number you indicated on your application.   If you used a bar number from a state other than Illinois, that number will be your federal bar identification number.   This number should be placed on all future pleadings and appearance forms.

Please feel free to e-mail me at Rhonda_jones@ilnd.uscourts.gov if you need assistance.

Sincerely,

s/Rhonda Jones
Operations Specialist

Encl.



# THE UNITED STATES OF AMERICA

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

## Reagan Charleston Thomas

has taken an oath to support the Constitution of the United States and was duly admitted and qualified as an Attorney and Counselor of said District Court on the 6th day of September 2024.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Chicago in the Northern District of Illinois on the 6th day of September 2024.

Thomas G. Bruton
Clerk, United States District Court