# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Ms. Reagan Charleston Thomas

whose address is

17 E Main St Ste 200

Pensacola, FL 32502

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 6th day of May, 2019.

Given over my hand and the Seal of the Louisiana State Bar Association, this 19th day of March, 2025.

*Executive Director*
*Louisiana State Bar Association*