**UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| Luan Pham Doan | § |
| | § |
| *versus* | § Civil Action 4:25-cv-03097 |
| | § |
| Defendant "1", et al. | § |

### PLAINTIFF'S MOTION TO DEFER DEADLINE FOR PROPOSED SCHEDULING ORDER

Plaintiff respectfully moves the Court to defer the deadline for submission of a proposed scheduling order in this case until after Defendant parties have been identified, and in support thereof states as follows:

1. The Court has ordered the parties to submit a proposed scheduling order.

2. No Defendant has appeared in this matter or otherwise engaged with Plaintiff. Plaintiff requires discovery to identify Defendants.

3. Plaintiff has a pending Pro Hac Vice motion.

4. Until Defendants have been identified it is impracticable for Plaintiff to confer with opposing parties or submit a meaningful discovery and case management schedule as contemplated by Federal Rules of Civil Procedure 16 and 26(f).

5. Good cause exists under Rule 16(b)(4) to defer the entry of a scheduling order until Defendants have been identified and have appeared, at which point Plaintiff will promptly comply with the Court's scheduling order requirements.

**WHEREFORE**, Plaintiff respectfully requests that the Court defer the deadline for submission of a proposed scheduling order pending: (a) identification and appearance of Defendants. Plaintiff further requests any additional relief to which it may be entitled.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of September, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas
LA Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: rthomas@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449


*Attorney for Plaintiff*
