UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>      Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>      Defendants. | Case No.: 4:25-cv-03097 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY AND LEAVE TO SERVE THIRD PARTY SUBPOENAS**

THIS MATTER comes before the Court on Plaintiff's Motion for Expedited Discovery and Leave to Serve Third Party Subpoenas before the Rule 26(f) Conference [ECF No. 8] ("Motion"). Upon consideration of Plaintiff's memorandum and the record, the Court finds that Plaintiff has shown good cause for serving subpoenas upon the third-party exchanges.

2

Accordingly, Plaintiff's Motion (Doc. No. 8) is GRANTED. Plaintiff is authorized to serve third-party subpoenas on Gate.io and OKX to obtain the information described as follows:

a. Account holder's name, address, phone number, and email address.

b. Know Your Customer (KYC) and Anti-Money Laundering (AML) information.

c. Account balances and transaction history to prevent the further dissipation of Plaintiff's stolen assets.

d. Records of transfers to/from the relevant wallet addresses to further prevent the dissipation of Plaintiff's stolen assets.

It is further ORDERED that the exchanges shall respond within 14 days of service of the subpoenas.

**DONE AND ORDERED this \_\_\_ day of _____ 2025.**

_____