Case 4:25-cv-03097   Document 11   Filed on 09/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Luan Pham Doan

    Plaintiff,

vs.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

    Defendants.

Case No.: 4:25-cv-03097

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY AND LEAVE TO SERVE THIRD PARTY SUBPOENAS

THIS MATTER comes before the Court on Plaintiff's Motion for Expedited Discovery and Leave to Serve Third Party Subpoenas before the Rule 26(f) Conference [ECF No. 8] ("Motion"). Upon consideration of Plaintiff's memorandum and the record, the Court finds that Plaintiff has shown good cause for serving subpoenas upon the third-party exchanges.

1

Accordingly, Plaintiff's Motion (Doc. No. 8) is GRANTED. Plaintiff is authorized to serve third-party subpoenas on Gate.io and OKX to obtain the information described as follows:

a. Account holder's name, address, phone number, and email address.

b. Know Your Customer (KYC) and Anti-Money Laundering (AML) information.

c. Account balances and transaction history to prevent the further dissipation of Plaintiff's stolen assets.

d. Records of transfers to/from the relevant wallet addresses to further prevent the dissipation of Plaintiff's stolen assets.

It is further ORDERED that the exchanges shall respond within 14 days of service of the subpoenas.

**DONE AND ORDERED this** 18th **day of** September **2025.**

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE