UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUAN DOAN | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−03097 |
| | § | |
| DEFENDANT 1, et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Injunction Hearing has been set in this matter for 03:30 PM on 10/2/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 106 7567
Meeting Password: 816265

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 9/18/2025                                   Kimberly Picota
                                                  cm4147@txs.uscourts.gov
                                                  Case Manager to
                                                  U.S. District Judge George C. Hanks, Jr.