United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 25-cv-03097 |
|---|---|---|---|

| Luan Pham Doan |
|---|
| *versus* |
| Defendant 1, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Reagan Charleston Thomas<br>La. Bar No. 38522<br>AYLSTOCK, WITKIN, KREIS<br>& OVERHOLTZ, PLLC 17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850-202-1010 Fax: 850-916-7449<br>rthomas@awkolaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Luan Pham Doan |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 09/11/2025 | Signed: *Reagan C. Thomas* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 9/18/2025   Clerk's signature   /s/Kimberly Picota |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 9/18/2025

*George C. Hanks Jr*
United States District Judge