UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>  Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>  Defendants. | Case No.: 4:25-cv-03097 |

**NOTICE OF UNAVAILABILITY**

TO: THIS HONORABLE COURT, ALL PARTIES TO THIS ACTION AND ALL OTHERS WHOM IT MAY CONCERN

  PLEASE TAKE NOTICE that during the period beginning October 7, 2025, through October 20, 2025, the undersigned attorney, Reagan C. Thomas, will be out of the country due to a family matter.

1

Accordingly, the undersigned respectfully requests that no hearings, discovery, or other matters be scheduled during this period. Plaintiff further requests that the pending matters remain in status quo during this period of time, save and except for legitimate emergencies. The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for a protective order as required for the above reason.

Dated this 25th day of September 2025.

        Respectfully submitted,

        By: */s/Reagan Charleston Thomas*
        REAGAN CHARLESTON THOMAS
        LA BAR NO. 38522
        AYLSTOCK, WITKIN, KREIS &
        OVERHOLTZ, PLLC
        17 E. Main Street, Suite 200
        Pensacola, Florida 32502
        rthomas@awkolaw.com
        (850) 202-1010