UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>v.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>Defendants. | Case No. 4:25-cv-03097 |

**NOTICE OF FILING PROOF OF SERVICE**

    Comes now, Plaintiff in the above- captioned case and hereby files this Notice of Filing Proof of Service providing information about the creation of the Service NFTs, the Service Website and when and how various digital wallets and/or individuals received notice of this action and notice of the hearing to convert the Temporary Restraining Order into a Preliminary Injunction, pursuant to the Honorable Court's Order Granting Temporary Restraining Order, dated September 18, 2025. The Affidavit of Reagan Charleston Thomas Esq. is attached hereto as Exhibit "1".

Respectfully submitted this 1st day of October 2025.

/s/ Reagan Charleston Thomas
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Pro Hac Vice)*
La. Bar No. 38522 **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC** 17 East Main Street, Suite 200 Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

/s/ Reagan Charleston Thomas
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Attorneys for Plaintiff*