# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>v.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179HTX:<br><br>OKX:<br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>Defendants. | Case No. 4:25-cv-03097 |

## AFFIDAVIT OF REAGAN CHARLESTON THOMAS, ESQ

    I, Reagan Charleston Thomas, being of sound mind and over 18 years of age, hereby declare under penalty of perjury the following facts regarding the service of process in the above-captioned case:

    1.    I am counsel of record of Plaintiff Luan Pham Doan

    2.    On September 18, 2025, the court entered a Temporary Restraining Order (hereinafter "TRO")[1]

---

[1] ECF No. 12

3. On September 18, 2025, the Court entered an Order Authorizing Service Process on Foreign Defendants,[2] wherein Plaintiff was authorized to serve summons, Complaint, Notice of Preliminary Injunction and the TRO through a non-fungible token (NFT) pursuant to Fed. R. Civ. P. 4(f)(3).

4. In accordance with the Court´s order, I directed the creation of a non-fungible token ("Service NFT").

5. The Service NFT contained a notice of this lawsuit and TRO that was entered herein on September 18. 2025. A copy of the Service NFT is attached hetero as "Exhibit A".

6. Additionally, I directed a copy of the TRO to be added to the service website. A copy of the service website is attached hetero as "Exhibit B".

7. Plaintiff Service NFT also contains a URL link to the Plaintiff´s Service Website. (https://usdccourtservice.com/cv-03097/ )

8. On September 20, 2025, Plaintiff served Summons, Complaint, Notice of Preliminary Injunction hearing, and the TRO via Service NFT to six (6) wallets that were recently connected to the theft of Plaintiff cryptocurrency.[3]

9. Moreover, Plaintiff provided a copy of the Court´s TRO to the Gate.io and OKX exchanges where the six (6) wallets were held.

10. The chart below provides a summary of service. Including dates and how service was effectuated:

| Wallet No. | Exchange | Wallet Address | Service Type |
|---|---|---|---|
| 1. | Gate.io | 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d | NFT |
| 2. | Gate.io | 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179 | NFT |
| 3. | OKX | 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe | NFT |
| 4. | OKX | 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3 | NFT |

---

[2] ECF No. 14
[3] See attached Exhibit "C" [Service of NFTs] dated September 21, 2025

| 5. | OKX | 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1 | NFT |
| 6. | OKX | 0x559432e18b281731c054cd703d4b49872be4ed53 | NFT |

11.     Pursuant to this Court's Order[4] Plaintiff served notice of this action Defendant '1,' also known as 'Tina,' via WhatsApp at +1 (646) 732-3482[5] see Exhibit "D".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted this 1st day of October 2025

                                          */s/ Reagan Charleston Thomas*
                                          Reagan Charleston Thomas, Esq.
                                          *Attorney-in-Charge*
                                          *(Pro Hac Vice)*
                                          La. Bar No. 38522
                                          **AYLSTOCK, WITKIN, KREIS**
                                          **& OVERHOLTZ, PLLC**

---

[4] ECF No. 14
[5] WhatsApp numbers +1 (202) 271-0798 and +1 (870) 732-3482 are no longer active