# EXHIBIT 1-A

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred.

Gate.io:
0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:
0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas
Case No. 4:25-cv-03097

### SEE IMPORTANT LEGAL NOTICES BELOW

On July 3, 2025, in the United States District Court for the Southern District of Texas, Luan Pham Doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available at the URL link below:

https://usdccourtservice.com/cv-03097/

### NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Reagan Charleston Thomas
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
rthomas@awkolaw.com

Marshal J. Hoda, Esq. Tx.
THE HODA LAW FIRM, PLLC
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com

### NOTICE NO. 2 TO DEFENDANTS

Temporary Restraining Order has been entered against you on September 18, 2025..

A preliminary injunction hearing to determine whether to convert this temporary restraining order into a preliminary injunction is set for this matter for 03:30 PM on 10/2/2025.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1
Meeting phone number: 1-669-254-5252
Meeting ID: 161 106 7567
Meeting Password: 816265

For further details, see Plaintiff's Service Website.