# EXHIBIT 1-B

LUAN PHAM DOAN

v.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4- 9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d

0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe

0x3ec8ab0f225061fc963d4759fec5d5232ea049d3

0xAc51ffa7048190233dafc13ea5f6ff97205fccd1

0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas

Case No. 4:25-cv-03097

**SEE IMPORTANT LEGAL NOTICES BELOW**

On July 3, 2025, in the United States District Court for the Southern District of Texas,

Luan Pham doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available below.

**NOTICE TO DEFENDANTS**

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Marshal J. Hoda, Esq. Tx.

THE HODA LAW FIRM, PLLC

3120 Southwest Fwy Ste. 101 PMB 51811

Houston, TX 77098

marshal@thehodalawfirm.com

Daniel J. Thornburgh

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

dthornburgh@awkolaw.com

| | |
|---|---|
| Complaint – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Civil Cover Sheet – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit A to Complaint (Tracing Report) – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice Regarding Consent Jurisdiction of Magistrate Judge – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Order for Conference and Disclosure of Interested Parties – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice of Resetting – 09/02/2025 | VIEW (PDF) |
| Motion to Admit – PHV – RCT – 09/11/2025 | VIEW (PDF) |
| PHV Packet – 09/11/2025 | VIEW (PDF) |
| Certificates of Good Standing – 09/11/2025 | VIEW (PDF) |
| Joint Discovery Case Managment Plan – 09/12/2025 | VIEW (PDF) |
| Motion to Defer Deadline for Proposing Scheduling – 09/12/2025 | VIEW (PDF) |
| Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Proposed Order – Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Motion for Temporary Restraining Order – 09/16/2025 | VIEW (PDF) |
| Composite Exhibit – 09/16/2025 | VIEW (PDF) |
| Proposed Order – TRO – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion for Alternative Service – 09/16/2025 | VIEW (PDF) |
| Proposed Order – MFAS – 09/16/2025 | VIEW (PDF) |
| Injunction Hearing set – 09/18/2025 | VIEW (PDF) |
| Order Authorizing MFAS – 09/18/2025 | VIEW (PDF) |
| Motion Granting RCT PHV – 09/18/2025 | VIEW (PDF) |
| Order Granting Motion for TRO – 09/18/2025 | VIEW (PDF) |