# EXHIBIT 1-C

Case 4:25-cv-03097    Document 17-4    Filed on 10/01/25 in TXSD    Page 1 of 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>  Plaintiff,<br><br>v.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179HTX:<br>OKX:<br><br> 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>Defendants. | Case No. 4:25-cv-03097 |

**SERVICE OF PLAINTIFF'S NFTs**

1.  **Gate.io -** Deposited Wallet Address**:** 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d

   - https://etherscan.io/tx/0x3a8376da03b6c0f1bfd37c237f075f24643ca70995b877fd96d44544a07a4ad9

2.  **Gate.io -** Deposited Wallet Address**:** 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

   - https://etherscan.io/tx/0x025e0a861f947e97175cd0720a7d91c5f666178cfd84165e5a416ce712f19cbc

3.  **OKX: -** Deposited Wallet Address: 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe

   - https://etherscan.io/tx/0xe3695ecf187c21cbb1a529b9150b752f236af40d020b28be049351

      91c6ff95c9

4. **OKX:** - Deposited Wallet Address: 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3

   - https://etherscan.io/tx/0x515b120d44ae66a46d5f71f6bde405de460652879e272708cf0509fbb0e69026

5. **OKX:** - Deposited Wallet Address: 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1

   - https://etherscan.io/tx/0xbde59911f51912bfcde9dda28d82e5f6fc2ccf86f9f4baa569e0fd6e6950663a

6. **OKX: -** Deposited Wallet Address: 0x559432e18b281731c054cd703d4b49872be4ed53

   - https://etherscan.io/tx/0x8e52ed8a271f4b4244bfb41c4d8b7aac79c516a4f72b898c89be3c61b3483e83