# EXHIBIT 1-D

2:41

< 26   **Doan Defendant Tina**

Only people in this chat can read, listen to, or share them. **Learn more**

> **LUAN PHAM DOAN**
> v.
> Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred.
> Gate.io:
> 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
> 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179
> OKX:
> 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
> 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
> 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
> 0x559432e18b281731c054cd703d4b49872be4ed53
> United States District Court Southern District of Texas
> Case No. 4:25-cv-03097
>
> **SEE IMPORTANT LEGAL NOTICES BELOW**
>
> On July 3, 2025, in the United States District Court for the Southern District of Texas, Luan Pham Doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.
> The filings and orders in this matter are available at the URL link below:
> https://usdccourtservice.com/cv-03097/
>
> **NOTICE NO. 1 TO DEFENDANTS**
>
> If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.
>
> To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):
>
> Reagan Charleston Thomas
> Aylstock, Witkin, Kreis and Overholtz, PLLC
> 17 East Main Street, Suite 200
> Pensacola, Florida 32502
> rthomas@awkolaw.com
>
> Marshal J. Hoda, Esq. Tx.
> THE HODA LAW FIRM, PLLC
> 3120 Southwest Fwy Ste. 101 PMB 51811
> Houston, TX 77098
> marshal@thehodalawfirm.com
>
> **NOTICE NO. 2 TO DEFENDANTS**
>
> Temporary Restraining Order has been entered against you on September 18, 2025..
> A preliminary injunction hearing to determine whether to convert this temporary restraining order into a preliminary injunction is set for this matter for 03:30 PM on 10/2/2025.
>
> Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
> https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1
> Meeting phone number: 1-669-254-5252
> Meeting ID: 161 106 7567
> Meeting Password: 816265
> For further details, see Plaintiff's Service Website.

This is formal notice of a suit filed against you in United States Federal District Court for the Southern District of Texas. A preliminary injunction hearing has been set for 10/2/25 at 3:30p. All filings are available at https://usdccourtservice.com/cv-03097/.

2:36 PM

? ? ?   2:37 PM

Who are you   2:37 PM

I am Mr. Doan's lawyer.   2:39 PM