**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Luan Doan | § | |
| | § | |
| *versus* | § | Case Number: 4:25–cv–03097 |
| | § | |
| Defendant 1, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Preliminary Injunction Hearing

    Date and Time: October 2, 2025 at 3:30 p.m.

Date: October 2, 2025

Nathan Ochsner, Clerk