United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUAN DOAN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-3097 |
| § | |
| DEFENDANT 1, *et al.*, § | |
| § | |
| Defendants. § | |

# ORDER

The temporary restraining order issued by the Court on September 18, 2025 (Dkt. 12) is hereby extended for fourteen days under Federal Rule of Civil Procedure 65(b)(2). The Court will hold a hearing on Plaintiff's motion for a preliminary injunction **on October 16, 2025 at 2:30 p.m.**

SIGNED at Houston, Texas on October 2, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE