UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan,<br><br>      Plaintiff,<br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>      Defendant(s). | Case No.: 4:25-CV-03097 |

**EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE**

NOW INTO COURT, through undersigned counsel, comes Marshal J. Hoda, a member in good standing of the bar of the United States District Court for the Southern District of Texas, who pursuant to Local Rule 83.1, respectfully moves this Honorable Court to permit Daniel J. Thornburgh, of the law firm Aylstock, Witkin, Kreis & Overholtz, PLLC, located at 17 East Main Street Suite 200, Pensacola, FL 32502, to appear and participate as co-counsel on behalf of Luan Pham Doan in the above-captioned matter pro hac vice.

In support of this motion, the undersigned respectfully states:

1. Daniel J. Thornburgh is a member in good standing of the bar(s) of the following state(s) and/or federal courts:

    United State District Court – Minnesota – Admitted 06/27/2008

    United State District Court – Middle District of Florida – Admitted 06/17/2010

    United State District Court – Southern District of Florida – Admitted 03/05/2013

    United State District Court – Northern District of Florida – Admitted 01/04/2018

    United States District Court – Colorado – Admitted 09/23/2020

    All State Courts – Florida – Admitted 09/19/2007

    All State Courts – Minnesota – Admitted 06/18/2008

2. There are no disciplinary proceedings pending against Daniel J. Thornburgh in any jurisdiction.

3. Daniel J. Thornburgh has never been disbarred or denied admission to practice before any court.

4. Daniel J. Thornburgh has associated with the undersigned counsel, who maintains an office within the Southern District of Texas and is a member in good standing of the bar of this Court.

5. A completed Form PHV (Application for Admission Pro Hac Vice) and Certificate of Good Standing from a recognized bar are attached hereto in compliance with Local Rule 83.1.

6. The required $100.00 filing fee has been paid to the Clerk of Court as required under LR83.1.

WHEREFORE, for the foregoing reasons, Marshal J. Hoda, respectfully requests that this Court grant this motion and permit Daniel J. Thornburgh to appear and participate as co-counsel pro hac vice on behalf of Luan Pham Doan in this matter.

Respectfully submitted this 14th day of September, 2025.

*/s/ Marshal J. Hoda*
Marshal J., Hoda, Esq.
TX. Bar. No. 24110009
**THE HODA LAW FIRM, PLLC**
Email: marshal@thehodalawfirm.com
Telephone: 832-848-0036
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

*/s/ Marshal J. Hoda*
Marshal J., Hoda, Esq.
TX. Bar. No. 24110009
**THE HODA LAW FIRM, PLLC**
Email: marshal@thehodalawfirm.com
Telephone: 832-848-0036
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
