| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 25−cv−03097 |
|---|---|---|---|

| Luan Pham Doan |
|---|
| *versus* |
| Defendant 1, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel J. Thornburgh<br>AYLSTOCK, WITKIN, KREIS<br>& OVERHOLTZ, PLLC 17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850-202-1010 Fax: 850-916-7449<br>dthornburgh@awkolaw.com |

| Name of party applicant seeks to appear for: | Luan Pham Doan |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/14/2025 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
United States District Judge