UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>    Defendants. | Case No.: 4:25-cv-03097 |

**NOTICE TO COURT OF SERVICE OF HEARING NOTICE TO DEFENDANT**

    COMES NOW Plaintiff, Luan Pham Doan, by and through the undersigned, and hereby notifies this Honorable Court that the Notice of Setting the Injunction Hearing originally set for 3:30 PM on October 2, 2025, was provided via WhatsApp to the Defendant "1" a/k/a Tina who read and responded to the WhatsApp message (*See* Doc. No. 17-5). Additionally, the Notice of Setting the Injunction Hearing set for 2:30 PM on October 16, 2025, was provided via WhatsApp

1

to the Defendant "1" a/k/a Tina; however, it appears that Defendant "1" removed her WhatsApp account after receiving and reading the original notice. A copy of the notice and proof of service is attached hereto as **Exhibit A**. Nevertheless, a copy of the Order scheduling the preliminary injunction hearing for today, Oct. 16, 2025, at 2:30pm CST was published on the Plaintiff's Service Website, the URL or which was previously provided to all Defendants on September 21, 2025. *See* attached **Exhibit B**.

Dated October 16, 2025.

Respectfully submitted,

By: */s/ Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
Telephone: 832-848-0036
marshal@thehodalawfirm.com

and

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas (*pro hac vice*)
LA Bar No. 38522
rthomas@awkolaw.com
Daniel J. Thornburgh (*pro hac vice*)
dthornburgh@awkolaw.com
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

Respectfully Submitted,

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com