# EXHIBIT B

LUAN PHAM DOAN

v.

**Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4- 9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:**

**Gate.io:**

**0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d**

**0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179**

**OKX:**

**0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe**

**0x3ec8ab0f225061fc963d4759fec5d5232ea049d3**

**0xAc51ffa7048190233dafc13ea5f6ff97205fccd1**

**0x559432e18b281731c054cd703d4b49872be4ed53**

United States District Court Southern District of Texas

Case No. 4:25–cv–03097

**SEE IMPORTANT LEGAL NOTICES BELOW**

On July 3, 2025, in the United States District Court for the Southern District of Texas,

Luan Pham doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

<u>The filings and orders in this matter are available below.</u>

**NOTICE TO DEFENDANTS**

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Marshal J. Hoda, Esq. Tx.

THE HODA LAW FIRM, PLLC

3120 Southwest Fwy Ste. 101 PMB 51811

Houston, TX 77098

marshal@thehodalawfirm.com

Daniel J. Thornburgh

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

dthornburgh@awkolaw.com

| | |
|---|---|
| Complaint – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Civil Cover Sheet – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit A to Complaint (Tracing Report) – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice Regarding Consent Jurisdiction of Magistrate Judge – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Order for Conference and Disclosure of Interested Parties – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice of Resetting — 09/02/2025 | VIEW (PDF) |
| Motion to Admit — PHV — RCT — 09/11/2025 | VIEW (PDF) |
| PHV Packet — 09/11/2025 | VIEW (PDF) |
| Certificates of Good Standing — 09/11/2025 | VIEW (PDF) |
| Joint Discovery Case Managment Plan — 09/12/2025 | VIEW (PDF) |
| Motion to Defer Deadline for Proposing Scheduling — 09/12/2025 | VIEW (PDF) |
| Motion to Expedite Discovery — 09/16/2025 | VIEW (PDF) |
| Proposed Order — Motion to Expedite Discovery — 09/16/2025 | VIEW (PDF) |
| Motion for Temporary Restraining Order — 09/16/2025 | VIEW (PDF) |
| Composite Exhibit — 09/16/2025 | VIEW (PDF) |
| Proposed Order — TRO — 09/16/2025 | VIEW (PDF) |

Motion for Alternative Service — 09/16/2025          VIEW (PDF)

Proposed Order — MFAS — 09/16/2025          VIEW (PDF)

Injunction Hearing set — 09/18/2025          VIEW (PDF)

Order Authorizing MFAS — 09/18/2025          VIEW (PDF)

Motion Granting RCT PHV — 09/18/2025          VIEW (PDF)

Order Granting Motion for TRO — 09/18/2025          VIEW (PDF)

Order Granting MFED — 09/18/2025          VIEW (PDF)

Notice of Filing Proof of Service — 10/01/2025          VIEW (PDF)

RTC Affidavit — 10/01/2025          VIEW (PDF)

Exhibit 1-A — 10/01/2025          VIEW (PDF)

Exhibit 1-B — 10/01/2025          VIEW (PDF)

Exhibit 1-C — 10/01/2025          VIEW (PDF)

Exhibit 1-D — 10/01/2025      VIEW (PDF)

Notice of Cancellation of Hearing — 10/02/2025      VIEW (PDF)

Order to extend TRO — 10/02/2025      VIEW (PDF)

Notice of Setting PI Hearing — 10/02/2025      VIEW (PDF)

PHV Motion for DJT — 10/14/2025      VIEW (PDF)

PHV Formfor DJT — 10/14/2025      VIEW (PDF)

Certificate of Good Standing DJT — 10/14/2025      VIEW (PDF)

ORDER Granting PHV for DJT — 10/14/2025      VIEW (PDF)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LUAN DOAN | § | |
| | § | |
|     Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−03097 |
| | § | |
| DEFENDANT 1, et al. | § | |
| | § | |
|     Defendant. | § | |

## NOTICE OF SETTING

A Injunction Hearing has been set in this matter for 02:30 PM on 10/16/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 106 7567
Meeting Password: 816265

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 10/2/2025

                                             Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.