UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Luan Pham Doan

    Plaintiff,

vs.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

    Defendants.

Case No.: 4:25-cv-03097.

**[PROPOSED] PREMILIMARY INJUNCTION**

**[PROPOSED] PRELIMINARY INJUNCTION**

    Considering the Preliminary Injunction hearing held on October 16, 2025, and for the reasons fully explained by the Court in the issued Temporary Restraining Order,[1] the Court finds that Plaintiff has met the requirements for a Preliminary Injunction in the above captioned matter. Accordingly,

    **IT IS HEREBY ORDERED** that a Preliminary Injunction is entered as follows:

1. Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order by personal service, or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, are hereby temporarily restrained from withdrawing, transferring, or encumbering any assets currently held in the following cryptocurrency wallet addresses

| No. | Gate.io Wallet Addresses |
|---|---|
| 1. | 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d |
| 2. | 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179 |
|  |  |

| No. | OKX Wallet Addresses |
|---|---|
| 1. | 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe |
| 2. | 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3 |
| 3. | 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1 |
| 4. | 0x559432e18b281731c054cd703d4b49872be4ed53 |
|  |  |

2. This Preliminary Injunction shall remain in effect until the Court's entry of a final judgment in this action unless otherwise ordered by the Court.

**HOUSTON, TEXAS,** this _____ day of October, 2025.

_____