Case 4:25-cv-03097   Document 25   Filed on 10/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>    Defendants. | Case No.: 4:25-cv-03097.<br><br>**PREMILIMARY INJUNCTION** |

## PRELIMINARY INJUNCTION

Considering the Preliminary Injunction hearing held on October 16, 2025, and for the reasons fully explained by the Court in the issued Temporary Restraining Order,[1] the Court finds that Plaintiff has met the requirements for a Preliminary Injunction in the above captioned matter. Accordingly,

**IT IS HEREBY ORDERED** that a Preliminary Injunction is entered as follows:

1. Defendants and their agents, servants, employees, attorneys, partners, successors, assigns, and all other persons or entities through which they act or who act in active concert or participation with any of them, who receive actual notice of this Order by personal service, or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, are hereby temporarily restrained from withdrawing, transferring, or encumbering any assets currently held in the following cryptocurrency wallet addresses

| No. | Gate.io Wallet Addresses |
|---|---|
| 1. | 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d |
| 2. | 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179 |
|  |  |

| No. | OKX Wallet Addresses |
|---|---|
| 1. | 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe |
| 2. | 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3 |
| 3. | 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1 |
| 4. | 0x559432e18b281731c054cd703d4b49872be4ed53 |
|  |  |

2. This Preliminary Injunction shall remain in effect until the Court's entry of a final judgment in this action unless otherwise ordered by the Court.

HOUSTON, TEXAS, this  30th  day of October, 2025.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE