# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Luan Doan

v.  Case Number: 4:25–cv–03097

Defendant 1, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Peter Bray**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/19/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 4, 2025                                             Nathan Ochsner, Clerk