# HEARING MINUTES

Cause No:       4:25-CV-3097

Style:          Doan v. Defendant 1 et al

Hearing Type:   Preliminary injunction hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Daniel J. Thornburgh | Plaintiff |
| Marshal J. Hoda | Plaintiff |

Date: October 16, 2025                Court reporter: ERO
Time: 3:20 p.m.—3:24 p.m.             Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a preliminary injunction hearing. Plaintiff's motion for a preliminary injunction [Dkt. 9] is **GRANTED**.