# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>　　　Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>　　　Defendants. | Case No.: 4:25-cv-03097 |

## PLAINTIFF'S STATUS REPORT

Plaintiff, LUAN PHAM DOAN, by and through the undersigned counsel, at this Honorable Court's direction, (Doc. No. 37.), respectfully submits this status update report.

- Plaintiff served subpoenas upon third-parties Gate.io and OKX pursuant to the Court's September 24, 2025, Order. Gate.io produced responsive documents.

- A Preliminary Injunction was entered on October 16, 2025.

1

- Plaintiff has continued his investigation of the relevant transactions affiliated with the theft of his cryptocurrency assets.

- Plaintiff intends to file a Motion to Modify Discovery Order and will seek to add certain wallet addresses that were used to initiate "trust withdrawals" during the perpetration of Defendants' scam.[1]

- Plaintiff has no further updates at this time.

Dated: January 21, 2026                                            Respectfully Submitted,

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*/s/ Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
Telephone:  832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

---

[1] "Trust withdrawal" is a term used in fraud-prevention materials to describe a tactic in which scammers permit a victim to withdraw a limited amount of purported profits from a sham trading or investment platform, thereby increasing the victim's confidence and encouraging further, larger deposits that are later misappropriated.

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

            Respectfully Submitted,

            */s/ Reagan Charleston Thomas*
            Reagan Charleston Thomas, Esq.
            *Attorney-in-Charge*
            *(Admitted Pro Hac Vice)*
            La. Bar No. 38522
            **AYLSTOCK, WITKIN,**
            **KREIS & OVERHOLTZ, PLLC**
            17 East Main Street, Suite 200
            Pensacola, FL 32502
            Telephone: 850-202-1010
            Fax: 850-916-7449
            rthomas@awkolaw.com