# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Luan Doan

v.                                          Case Number: 4:25−cv−03097

Defendant 1, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/19/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 22, 2026

                                                              Nathan Ochsner, Clerk