United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Luan Doan | § | |
| | § | |
| *versus* | § | Civil Action 4:25–cv–03097 |
| | § | |
| Defendant 1, et al. | § | |

# ORDER TO SERVE DEFENDANTS

It appears from the record of this case that service of process may not have been made on all Defendants in this lawsuit.

Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Accordingly, Plaintiff is hereby ORDERED to serve the Defendant(s) in accordance with Rule 4 of the Federal Rules of Civil Procedure, and to file proof of such service with this Court on or before March 20, 2026, or else Plaintiff's claims may be dismissed for want of prosecution without further notice.

Signed on February 19, 2026, at Houston, Texas.

George C. Hanks, Jr.
United States District Judge