**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Luan Pham Doan<br><br>　　　Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina",  Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>　　　Defendants. | Case No.: 4:25-cv-03097 |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, LUAN PHAM DOAN, by and through the undersigned counsel, in advance of Plaintiff's initial conference, respectfully submits this status update report.

- This action was filed on July 3, 2025.

- Pursuant to the Court's Order authorizing alternative service of process on foreign Defendants pursuant to Rule 4(f)(3) dated September 18, 2025 (Dkt. No. 14), Plaintiff

1

served all Defendants in this action via the alternative methods granted by this Court and filed the Return of Service as to all Defendants on October 1, 2025. (Dkt. No. 17).

- On February 19, 2026, the Court ordered Plaintiff to serve Defendants pursuant to Fed. R. Civ. P. 4(m) on or before March 20, 2026. (Dkt. No. 30).

- Plaintiff will seek clarification on this Order during the Initial Conference set for March 19, 2026, as Plaintiff has already served all Defendants under Rule 4(f)(3) pursuant to the Court's Order authorizing alternative service of process on foreign Defendants pursuant to Rule 4(f)(3) dated September 18, 2025.

- A Preliminary Injunction was entered on October 16, 2025.

- Pursuant to the Court's Order granting expedited third-party discovery (Dkt. No. 11), Plaintiff served subpoenas upon third-parties Gate.io and OKX pursuant to the Court's September 18, 2025, Order. To date, only Gate.io produced responsive documents.

- Plaintiff is continuing his investigation of the relevant transactions affiliated with the theft of his cryptocurrency assets.

- Plaintiff has filed a FOIA request seeking United States Secret Service records from its investigation of the theft of Plaintiff's cryptocurrency and awaits response from the Department of Homeland Security.

- Plaintiff has no further updates at this time.

Dated: March 18, 2026.                    Respectfully Submitted,

                                          */s/ Reagan Charleston Thomas*
                                          Reagan Charleston Thomas, Esq.
                                          *Attorney-in-Charge*
                                          *(Admitted Pro Hac Vice)*
                                          La. Bar No. 38522
                                          **AYLSTOCK, WITKIN,**
                                          **KREIS & OVERHOLTZ, PLLC**
                                          17 East Main Street, Suite 200

2

Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*/s/ Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
Telephone:  832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

Respectfully Submitted,

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

3