**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Luan Doan

v.                                                          Case Number: 4:25−cv−03097

Defendant 1, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Initial Conference set for 3/19/2026 at 10:15 AM before Magistrate Judge Peter Bray, by
video.

Date: March 19, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 AntonioBanda, Deputy Clerk