**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Luan Pham Doan<br><br>        Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina",  Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>        Defendants. | Case No.: 4:25-cv-03097 |

**PLAINTIFF'S SECOND NOTICE OF PROOF OF SERVICE PURSUANT TO COURT'S SEPTEMBER 18, 2025, ORDER AUTHORIZING ALTERNATIVE SERVICE [ECF 14]**

Plaintiff, LUAN PHAM DOAN, by and through the undersigned counsel, at this Honorable Court's direction, (Doc. No. 30.), respectfully submits this response to the February 19, 2026, Order to Serve Defendants. Plaintiff previously filed proof of service demonstrating completion of service on all Defendants in accordance with the Court's Order Authorizing Alternative Service. (Doc. No. 14.) In response to the Court's February 19, 2026, Order

1

directing Plaintiff to file proof of service by March 20, 2026, Plaintiff respectfully submits this Second Notice and resubmits the previously filed proof of service (attached herein as Plaintiff's Exhibit A) for the Court's convenience.

This Honorable Court entered an Order Authorizing Alternative Service (Doc. No. 14.) permitting Plaintiff to serve all Defendants via NFT block chain service, direct messaging via WhatsApp, and publication via Plaintiff's dedicated Service Website on September 18, 2025.

Pursuant to that Order, Plaintiff served Defendants on September 21, 2025, in advance and to provide Defendants notice of Plaintiff's Preliminary Injunction Hearing. Plaintiff's Return of Service was filed on October 1, 2025. (Doc. No. 17.)

This Honorable Court entered Plaintiff's Preliminary Injunction during the October 2, 2025, hearing, as well as by Order signed on October 30, 2025. (Doc. No. 25.)

Plaintiff understands the Court's February 19, 2026, Order as requesting that proof of service be placed before the Court again by March 20, 2026, and submits this notice for that purpose.

Dated March 19, 2026.

Respectfully submitted,

By: */s/ Reagan Charleston Thomas*
Reagan Charleston Thomas (*pro hac vice*)
LA Bar No. 38522
rthomas@awkolaw.com
Daniel J. Thornburgh (*pro hac vice*)
dthornburgh@awkolaw.com
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*-and-*

/s/ *Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
Telephone: 832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

Respectfully Submitted,

/s/ *Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

3