# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>v.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>Defendants. | Case No. 4:25-cv-03097 |

<u>**NOTICE OF FILING PROOF OF SERVICE**</u>

Comes now, Plaintiff in the above- captioned case and hereby files this Notice of Filing Proof of Service providing information about the creation of the Service NFTs, the Service Website and when and how various digital wallets and/or individuals received notice of this action and notice of the hearing to convert the Temporary Restraining Order into a Preliminary Injunction, pursuant to the Honorable Court's Order Granting Temporary Restraining Order, dated September 18, 2025. The Affidavit of Reagan Charleston Thomas Esq. is attached hereto as Exhibit "1".

Respectfully submitted this 1st day of October 2025.

/s/ *Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Pro Hac Vice)*
La. Bar No. 38522 **AYLSTOCK,
WITKIN,  KREIS &
OVERHOLTZ, PLLC** 17 East
Main Street, Suite 200 Pensacola,
FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

/s/ *Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

Luan Pham Doan

      Plaintiff,

v.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:
0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179HTX:

OKX:
0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

Defendants.

Case No. 4:25-cv-03097

## AFFIDAVIT OF REAGAN CHARLESTON THOMAS, ESQ

I, Reagan Charleston Thomas, being of sound mind and over 18 years of age, hereby declare under penalty of perjury the following facts regarding the service of process in the above-captioned case:

1. I am counsel of record of Plaintiff Luan Pham Doan

2. On September 18, 2025, the court entered a Temporary Restraining Order (hereinafter "TRO")[1]

---

[1] ECF No. 12

3.      On September 18, 2025, the Court entered an Order Authorizing Service Process on Foreign Defendants,[2] wherein Plaintiff was authorized to serve summons, Complaint, Notice of Preliminary Injuction and the TRO through a non-fungible token (NFT) pursuant to Fed. R. Civ. P. 4(f)(3).

4.      In accordance with the Court´s order, I directed the creation of a non-fungible token ("Service NFT").

5.      The Service NFT contained a notice of this lawsuit and TRO that was entered herein on September 18. 2025. A copy of the Service NFT is attached hetero as "Exhibit A".

6.      Additionally, I directed a copy of the TRO to be added to the service website. A copy of the service website is attached hetero as "Exhibit B".

7.      Plaintiff Service NFT also contains a URL link to the Plaintiff´s Service Website. (https://usdccourtservice.com/cv-03097/ )

8.      On September 20, 2025, Plaintiff served Summons, Complaint, Notice of Preliminary Injuction hearing, and the TRO via Service NFT to six (6) wallets that were recently connected to the theft of Plaintiff cryptocurrency.[3]

9.      Moreover, Plaintiff provided a copy of the Court´s TRO to the Gate.io and OKX exchanges where the six (6) wallets were held.

10.      The chart below provides a summary of service. Including dates and how service was effectuated:

| Wallet No. | Exchange | Wallet Address | Service Type |
|---|---|---|---|
| 1. | Gate.io | 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d | NFT |
| 2. | Gate.io | 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179 | NFT |
| 3. | OKX | 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe | NFT |
| 4. | OKX | 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3 | NFT |

---

[2] ECF No. 14
[3] See attached Exhibit "C" [Service of NFTs] dated September 21, 2025

| 5. | OKX | 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1 | NFT |
|---|---|---|---|
| 6. | OKX | 0x559432e18b281731c054cd703d4b49872be4ed53 | NFT |

11.     Pursuant to this Court's Order[4] Plaintiff served notice of this action Defendant '1,' also known as 'Tina,' via WhatsApp at +1 (646) 732-3482[5] see Exhibit "D".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted this 1st day of October 2025

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,  KREIS**
**& OVERHOLTZ, PLLC**

---

[4] ECF No. 14
[5] WhatsApp numbers +1 (202) 271-0798 and +1 (870) 732-3482 are no longer active

**LUAN PHAM DOAN**

**v.**

**Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred.**

**Gate.io:**
0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

**OKX:**
0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas
Case No. 4:25-cv-03097

### SEE IMPORTANT LEGAL NOTICES BELOW

On July 3, 2025, in the United States District Court for the Southern District of Texas, Luan Pham Doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available at the URL link below:

# https://usdccourtservice.com/cv-03097/

### NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Reagan Charleston Thomas
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
rthomas@awkolaw.com

Marshal J. Hoda, Esq. Tx.
THE HODA LAW FIRM, PLLC
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com

### NOTICE NO. 2 TO DEFENDANTS

Temporary Restraining Order has been entered against you on September 18, 2025..

A preliminary injunction hearing to determine whether to convert this temporary restraining order into a preliminary injunction is set for this matter for 03:30 PM on 10/2/2025.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1
Meeting phone number: 1-669-254-5252
Meeting ID: 161 106 7567
Meeting Password: 816265

For further details, see Plaintiff's Service Website.

LUAN PHAM DOAN

v.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4- 9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d

0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe

0x3ec8ab0f225061fc963d4759fec5d5232ea049d3

0xAc51ffa7048190233dafc13ea5f6ff97205fccd1

0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas

Case No. 4:25-cv-03097

**<span style="color:red">SEE IMPORTANT LEGAL NOTICES BELOW</span>**

On July 3, 2025, in the United States District Court for the Southern District of Texas,

Luan Pham doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available below.

**<span style="color:red">NOTICE TO DEFENDANTS</span>**

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Marshal J. Hoda, Esq. Tx.

THE HODA LAW FIRM, PLLC

3120 Southwest Fwy Ste. 101 PMB 51811

Houston, TX 77098

marshal@thehodalawfirm.com

Daniel J. Thornburgh

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

dthornburgh@awkolaw.com

| | |
|---|---|
| Complaint – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Civil Cover Sheet – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit A to Complaint (Tracing Report) – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice Regarding Consent Jurisdiction of Magistrate Judge – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Order for Conference and Disclosure of Interested Parties – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice of Resetting – 09/02/2025 | VIEW (PDF) |
| Motion to Admit – PHV – RCT – 09/11/2025 | VIEW (PDF) |
| PHV Packet – 09/11/2025 | VIEW (PDF) |
| Certificates of Good Standing – 09/11/2025 | VIEW (PDF) |
| Joint Discovery Case Managment Plan – 09/12/2025 | VIEW (PDF) |
| Motion to Defer Deadline for Proposing Scheduling – 09/12/2025 | VIEW (PDF) |
| Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Proposed Order – Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Motion for Temporary Restraining Order – 09/16/2025 | VIEW (PDF) |
| Composite Exhibit – 09/16/2025 | VIEW (PDF) |
| Proposed Order – TRO – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion for Alternative Service – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Proposed Order – MFAS – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Injunction Hearing set – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Authorizing MFAS – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion Granting RCT PHV – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Granting Motion for TRO – 09/18/2025 | VIEW (PDF) |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>v.<br><br>Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179HTX:<br>OKX:<br><br> 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>Defendants. | Case No. 4:25-cv-03097 |

## <u>SERVICE OF PLAINTIFF'S NFTs</u>

1. **Gate.io -** Deposited Wallet Address**:** 0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d

   - https://etherscan.io/tx/0x3a8376da03b6c0f1bfd37c237f075f24643ca70995b877fd96d445 44a07a4ad9

2. **Gate.io -** Deposited Wallet Address**:** 0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

   - https://etherscan.io/tx/0x025e0a861f947e97175cd0720a7d91c5f666178cfd84165e5a416c e712f19cbc

3. **OKX: -** Deposited Wallet Address: 0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe

   - https://etherscan.io/tx/0xe3695ecf187c21cbb1a529b9150b752f236af40d020b28be049351

91c6ff95c9

4.   **OKX:** - Deposited Wallet Address: 0x3ec8ab0f225061fc963d4759fec5d5232ea049d3

- https://etherscan.io/tx/0x515b120d44ae66a46d5f71f6bde405de460652879e272708cf050 9fbb0e69026

5.   **OKX:** - Deposited Wallet Address: 0xAc51ffa7048190233dafc13ea5f6ff97205fccd1

- https://etherscan.io/tx/0xbde59911f51912bfcde9dda28d82e5f6fc2ccf86f9f4baa569e0fd6e 6950663a

6.   **OKX: -** Deposited Wallet Address: 0x559432e18b281731c054cd703d4b49872be4ed53

- https://etherscan.io/tx/0x8e52ed8a271f4b4244bfb41c4d8b7aac79c516a4f72b898c89be3c 61b3483e83

**2:41**  📶 🛜 🔋100

< 26    **Doan Defendant Tina**   📹 📞

Only people in this chat can read, listen to, or share them. **Learn more**

LUAN PHAM DOAN

v.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred.

**Gate.io:**
0x14f97447e213fab6ad5e8e0a51a0c9930cfd1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

**OKX:**
0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas
Case No. 4:25-cv-03097

**SEE IMPORTANT LEGAL NOTICES BELOW**

On July 3, 2025, in the United States District Court for the Southern District of Texas, Luan Pham Doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available at the URL link below:

https://usdccourtservice.com/cv-03097/

**NOTICE NO. 1 TO DEFENDANTS**

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Reagan Charleston Thomas
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
rthomas@awkolaw.com

Marshal J. Hoda, Esq. Tx.
THE HODA LAW FIRM, PLLC
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com

**NOTICE NO. 2 TO DEFENDANTS**

Temporary Restraining Order has been entered against you on September 18, 2025..

A preliminary injunction hearing to determine whether to convert this temporary restraining order into a preliminary injunction is set for this matter for 03:30 PM on 10/2/2025.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1
Meeting phone number: 1-669-254-5252
Meeting ID: 161 106 7567
Meeting Password: 816265

For further details, see Plaintiff's Service Website.

This is formal notice of a suit filed against you in United States Federal District Court for the Southern District of Texas. A preliminary injunction hearing has been set for 10/2/25 at 3:30p. All filings are available at https:// usdccourtservice.com/cv-03097/.

2:36 PM ✓✓

**? ? ?**   2:37 PM

**Who are you**   2:37 PM

I am Mr. Doan's lawyer.   2:39 PM ✓✓

\+   🏷️ 📷 🎤



10:26

‹ 26   Doan Defendant Tina

Today

**CV-03097 | US DC Court Service**
usdccourtservice.com

NOTICE OF HEARING

As you are aware, a lawsuit was filed against you on 7/3/2025.

A Temporary Restraining Order was entered against you on. 9/18/2025. The Injunction Hearing previously scheduled for 10/2/2025 was rescheduled for 10/16/2025 at 2:30pm Central Time.

All filings in this matter can be found at https://usdccourtservice.com/cv-03097/.

See below for instructions for attending the hearing via Zoom:
NOTICE OF SETTING
An Injunction Hearinf has been set in this matter for 2:30 PM on 10/16/2025.  The hearing will be conducted using the ZoomGov.com videoconferencing program.
Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2Kv-OaQwf6.1
Meeting phone number:
1-669-254-5252



The text message shown in the image reads:

**10:26**

‹ 26  Doan Defendant Tina

A Temporary Restraining Order was entered against you on. 9/18/2025. The Injunction Hearing previously scheduled for 10/2/2025 was rescheduled for 10/16/2025 at 2:30pm Central Time.

All filings in this matter can be found at https://usdccourtservice.com/cv-03097/.

See below for instructions for attending the hearing via Zoom:
NOTICE OF SETTING
An Injunction Hearinf has been set in this matter for 2:30 PM on 10/16/2025.  The hearing will be conducted using the ZoomGov.com videoconferencing program.
Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2Kv-OaQwf6.1
Meeting phone number:
1-669-254-5252
Meeting ID:  161 106 7567
Meeting password:  816265
Parties should be prepared to discuss all pending issues before the Court.  Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

10:26 PM ✓

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Luan Pham Doan<br><br>    Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina",  Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>    Defendants. | Case No.: 4:25-cv-03097 |

**NOTICE TO COURT OF SERVICE OF HEARING NOTICE TO DEFENDANT**

COMES NOW Plaintiff, Luan Pham Doan, by and through the undersigned, and hereby notifies this Honorable Court that the Notice of Setting the Injunction Hearing originally set for 3:30 PM on October 2, 2025, was provided via WhatsApp to the Defendant "1" a/k/a Tina who read and responded to the WhatsApp message (*See* Doc. No. 17-5). Additionally, the Notice of Setting the Injunction Hearing set for 2:30 PM on October 16, 2025, was provided via WhatsApp

1

to the Defendant "1" a/k/a Tina; however, it appears that Defendant "1" removed her WhatsApp account after receiving and reading the original notice. A copy of the notice and proof of service is attached hereto as **Exhibit A**. Nevertheless, a copy of the Order scheduling the preliminary injunction hearing for today, Oct. 16, 2025, at 2:30pm CST was published on the Plaintiff's Service Website, the URL or which was previously provided to all Defendants on September 21, 2025. *See* attached **Exhibit B**.

Dated October 16, 2025.

Respectfully submitted,

By: */s/ Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
Telephone: 832-848-0036
marshal@thehodalawfirm.com

and

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas (*pro hac vice*)
LA Bar No. 38522
rthomas@awkolaw.com
Daniel J. Thornburgh (*pro hac vice*)
dthornburgh@awkolaw.com
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

Respectfully Submitted,

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

3

LUAN PHAM DOAN

v.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Ablsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4- 9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d

0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe

0x3ec8ab0f225061fc963d4759fec5d5232ea049d3

0xAc51ffa7048190233dafc13ea5f6ff97205fccd1

0x559432e18b281731c054cd703d4b49872be4ed53

United States District Court Southern District of Texas

Case No. 4:25-cv-03097

**SEE IMPORTANT LEGAL NOTICES BELOW**

On July 3, 2025, in the United States District Court for the Southern District of Texas,

Luan Pham doan filed a Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available below.

**NOTICE TO DEFENDANTS**

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney(s):

Marshal J. Hoda, Esq. Tx.

THE HODA LAW FIRM, PLLC

3120 Southwest Fwy Ste. 101 PMB 51811

Houston, TX 77098

marshal@thehodalawfirm.com

Daniel J. Thornburgh

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

dthornburgh@awkolaw.com

| | |
|---|---|
| Complaint – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Civil Cover Sheet – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit A to Complaint (Tracing Report) – 07/03/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice Regarding Consent Jurisdiction of Magistrate Judge – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Order for Conference and Disclosure of Interested Parties – 07/07/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice of Resetting – 09/02/2025 | VIEW (PDF) |
| Motion to Admit – PHV – RCT – 09/11/2025 | VIEW (PDF) |
| PHV Packet – 09/11/2025 | VIEW (PDF) |
| Certificates of Good Standing – 09/11/2025 | VIEW (PDF) |
| Joint Discovery Case Managment Plan – 09/12/2025 | VIEW (PDF) |
| Motion to Defer Deadline for Proposing Scheduling – 09/12/2025 | VIEW (PDF) |
| Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Proposed Order – Motion to Expedite Discovery – 09/16/2025 | VIEW (PDF) |
| Motion for Temporary Restraining Order – 09/16/2025 | VIEW (PDF) |
| Composite Exhibit – 09/16/2025 | VIEW (PDF) |
| Proposed Order – TRO – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion for Alternative Service – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Proposed Order – MFAS – 09/16/2025 | VIEW (PDF) |

| | |
|---|---|
| Injunction Hearing set – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Authorizing MFAS – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion Granting RCT PHV – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Granting Motion for TRO – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Granting MFED – 09/18/2025 | VIEW (PDF) |

| | |
|---|---|
| Notice of Filing Proof of Service – 10/01/2025 | VIEW (PDF) |

| | |
|---|---|
| RTC Affidavit – 10/01/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit 1-A – 10/01/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit 1-B – 10/01/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit 1-C – 10/01/2025 | VIEW (PDF) |

Exhibit 1-D – 10/01/2025                                    VIEW (PDF)

Notice of Cancellation of Hearing – 10/02/2025            VIEW (PDF)

Order to extend TRO – 10/02/2025                          VIEW (PDF)

Notice of Setting PI Hearing – 10/02/2025                 VIEW (PDF)

PHV Motion for DJT – 10/14/2025                           VIEW (PDF)

PHV Formfor DJT – 10/14/2025                              VIEW (PDF)

Certificate of Good Standing DJT – 10/14/2025            VIEW (PDF)

ORDER Granting PHV for DJT – 10/14/2025                   VIEW (PDF)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LUAN DOAN | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−03097 |
| | § | |
| DEFENDANT 1, et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Injunction Hearing has been set in this matter for 02:30 PM on 10/16/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.


Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 106 7567
Meeting Password: 816265


Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.


Date: 10/2/2025                          Kimberly Picota
                                         cm4147@txs.uscourts.gov
                                         Case Manager to
                                         U.S. District Judge George C. Hanks, Jr.