## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Luan Pham Doan,

     Plaintiff,

vs.

Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

Gate.io:

0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d
0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179

OKX:

0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe
0x3ec8ab0f225061fc963d4759fec5d5232ea049d3
0xAc51ffa7048190233dafc13ea5f6ff97205fccd1
0x559432e18b281731c054cd703d4b49872be4ed53

     Defendant(s).

**Case No.: 4:25-CV-03097**

### EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Marshal J. Hoda, a member in good standing of the bar of the United States District Court for the Southern District of Texas, who pursuant to Local Rule 83.1, respectfully moves this Honorable Court to permit Pauls Toma, of the law firm Aylstock, Witkin, Kreis & Overholtz, PLC, located at 17 East Main Street Suite 200, Pensacola, FL 32502, to appear and participate as co-counsel on behalf of Luan Pham Doan in the above-captioned matter pro hac vice.

In support of this motion, the undersigned respectfully states:

1.  Pauls Toma is a member in good standing of the bar(s) of the following state(s) and/or federal courts:

    United States State Court - Michigan – Admitted 12/12/2025

    United States District Court – Eastern District of Michigan - Admitted 02/09/2026

    United States District Court - Western District of Michigan — Admitted 5/6/26

2.  There are no disciplinary proceedings pending against Pauls Toma in any jurisdiction.

3.  Pauls Toma has never been disbarred or denied admission to practice before any court.

4.  A completed Form PHV (Application for Admission Pro Hac Vice) and Certificate of Good Standing from a recognized bar are attached hereto in compliance with Local Rule 83.1(I).

5.  The required $100.00 filing fee has been paid to the Clerk of Court as required under LR83.1.

WHEREFORE, for the foregoing reasons, Marshal J. Hoda, respectfully requests that this Court grant this motion and permit Pauls Toma to appear and participate as co-counsel pro hac vice on behalf of Luan Pham Doan in this matter.

Respectfully submitted this 12th day of August, 2026.

/s/ Marshal J. Hoda
Marshal J., Hoda, Esq.
TX. Bar. No. 24110009
**THE HODA LAW FIRM, PLLC**
Email: marshal@thehodalawfirm.com
Telephone: 832-848-0036
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website

(https://usdccourtservice.com/cv-03097/).

*/s/ Marshal J. Hoda*
Marshal J., Hoda, Esq.
TX. Bar. No. 24110009
**THE HODA LAW FIRM, PLLC**
Email: marshal@thehodalawfirm.com
Telephone: 832-848-0036
3120 Southwest Fwy Ste. 101 PMB 51811
Houston, TX 77098
