UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-03097 |
|---|---|---|---|

| Luan Pham Doan |
|---|
| *versus* |
| Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Pauls Toma<br>Aylstock, Witkin, Kreis & Overholtz, PLC<br>17 East Main Street, Suite 200<br>Pensacola, 32502<br>850-202-1010<br>ptoma@awkolaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Luan Pham Doan, Plaintiff |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __  No _✓_    __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 08/10/2026 | Signed: *Pauls Toma* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                          Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States District Judge