United States District Court
Southern District of Texas

**ENTERED**

August 13, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:25-cv-03097 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Luan Pham Doan | | | |
| | *versus* | | | |
| Doe Defendant "1" a/k/a "Tina", Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred | | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Pauls Toma<br>Aylstock, Witkin, Kreis & Overholtz, PLC<br>17 East Main Street, Suite 200<br>Pensacola, 32502<br>850-202-1010<br>ptoma@awkolaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Luan Pham Doan, Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No _✓_    __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/10/2026 | Signed:   *Pauls Toma* |
|---|---|

The state bar reports that the applicant's status is:   Active

| Dated:  August 13, 2026 | Clerk's signature   *Kimberly Picota* |
|---|---|

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____August 13, 2026_____          _____*George C. Hanks Jr*_____
                                                              United States District Judge