**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Luan Pham Doan<br><br>     Plaintiff,<br><br>vs.<br><br>Doe Defendant "1" a/k/a "Tina",  Doe Defendant "2" who designed, created and controlled Albsursum.com; Doe Defendant "3" who designed, created and controlled "Odensa.com"; and John Doe Defendants 4-9 and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br><br>Gate.io:<br><br>0x14f97447e213fab6ad5e8e0a51a0c9930cdf1d4d<br>0x89ec49a1a5dde8ce46a27da9f433d2eadfb4a179<br><br>OKX:<br><br>0x8329dfed7ca686e1e4227af4491aa9fc92ed9dfe<br>0x3ec8ab0f225061fc963d4759fec5d5232ea049d3<br>0xAc51ffa7048190233dafc13ea5f6ff97205fccd1<br>0x559432e18b281731c054cd703d4b49872be4ed53<br><br>     Defendants. | Case No.: 4:25-cv-03097 |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, LUAN PHAM DOAN, by and through the undersigned counsel, in advance of

Plaintiff's initial conference, respectfully submits this status update report.

- As we previously reported, the undersigned submitted a Petition for Remission on behalf

  of Plaintiff in a parallel action *United States of America v. Approximately 225,364,961*

  *USDT*, Civil Action No. 25-cv-1907. Plaintiff's counsel has been actively involved in

1

negotiations with the Government and over 100 claimants for the last several months. We are happy to report that Plaintiff's counsel recently reached a settlement in principle with the Government and other claimants regarding a proposed settlement framework and are continuing to work cooperatively toward finalizing the terms of the settlement. Several steps remain before the settlement can become effective, including obtaining required governmental approvals, preparation and execution of definitive settlement documents, and implementation of a claims review process to determine eligibility. Unfortunately, it is too early to determine the value the Plaintiff may recover through this forfeiture action as his petition for remission must be independently reviewed by the Government or its third-party claims administrator. Moreover, because the combined value of losses suffered by the victims who have appeared in the forfeiture action exceeds the total available of the forfeited fund amount, the Plaintiff is unlikely to be made whole through this settlement alone.

- Moreover, Plaintiff recently identified two additional parties who may be liable in whole or in part for Plaintiff's losses. Plaintiff is actively involved in settlement negotiations with one of those parties and the undersigned is optimistic that an agreement can be reached within the next week or so. Plaintiff will promptly notify the Court if a resolution is achieved.

- Plaintiff believes the second party he recently identified is the operator of a scam center located in the Philippines who likely employed the Doe Defendants named in this matter to perpetrate to scam and launder Plaintiff's stolen assets through the blockchain. If Plaintiff is unable to fully resolve his case, he will likely seek to file an Amended

Complaint adding this newly identified party as a Defendant and removing the Doe Defendants whose identities remain unknown.

- Plaintiff respectfully requests that the Court maintain the current scheduling conference and permit Plaintiff to continue efforts to resolve his lawsuit as detailed above.  .

Dated: August 14, 2026.                    Respectfully Submitted,

/s/ Pauls Toma
Pauls Toma
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
PToma@awkolaw.com

/s/ Marshal J. Hoda
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
Telephone:  832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-03097/).

3

Respectfully Submitted,

/s/ Pauls Toma
Pauls Toma
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
PToma@awkolaw.com