**Cause Number:** 25-3097

**Style:** Doan v. Defendant 1, et al.

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Daniel Thornburg<br>Pauls Toma | Luan Doan |

**Date**: August 27, 2026 **ERO**: Yes

**Time**: 2:25 – 2:37 p.m.

**HEARING**
**MINUTES AND ORDER**

At the hearing, the following rulings were made:

The court considered the status report, ECF No. 38, and Plaintiff's counsel's update as to the status of the case. Counsel has acted with due diligence and has concrete plans for further discovery to determine the identity of the Defendants. The court finds good cause to extend the time for service of process. Plaintiff shall file a status report by December 16, 2026. The initial conference is **RESET** to December 17, 2026, at 3:00 p.m. by video.

The clerk will file the Minutes and Order and provide copies to the parties.

Peter Bray
United States Magistrate Judge